Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

PM 12: 16

DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SECURITIES AND EXCHANGE COMMISSION

vs

MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0625 DMS LSP

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David J. Van Havermaat
Securities and Exchange Commission
5670 Wilshire Blvd., 11th Fl.,
Los Angeles, CA 90036

Tel: (323)965-3998

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 07 2008

W. Samuel Hamrick, Jr.

CLERK

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)