ROBERT S. BREWER, JR. (SBN 65294)
E-mail: rbrewer@mckennalong.com
ROBERT J. LAUCHLAN, JR. (SBN 118545)
E-mail: rlauchlan@mckennalong.com
GARY K. BRUCKER, JR. (SBN 238644)
E-mail: gbrucker@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone:   (619) 595-5400
Facsimile:    (619) 595-5450

Specially Appearing For Defendant
MICHAEL T. UBERUAGA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT<br><br>JUDGE: Hon. Dana M. Sabraw<br>CTRM: 10 |

Plaintiff SECURITIES AND EXCHANGE COMMISSION (the "Commission"), through its counsel David J. Van Havermaat, Esq., and defendants MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO (collectively "Defendants"), through their *specially appearing* respective counsel, McKenna Long & Aldridge LLP, Frank J. Ragen, Esq., La Bella & McNamara, LLP, Frank T. Vecchione, Esq., and Hahn & Adema, jointly move as follows:

1. On April 7, 2008, the Commission filed a complaint against Defendants alleging violations of the federal securities laws (the "Complaint").

2. On April 9, 2008, the Commission provided Defendants with notice of the commencement of the suit and requested that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d)(1).

3. Defendants have waived service. Accordingly, Defendants' responses to the Complaint are presently due on June 9, 2008.

4. Defendants, former employees of the City of San Diego (the "City"), have just been informed that the City may not provide a defense to the Complaint (*see* May 5, 2008 Letter from Michael J. Aguirre, Esq., attached hereto as **Exhibit 1**).

5. Additional time is therefore necessary for Defendants to explore legal representation and to prepare responses to the Complaint.

///
///
///
///
///
///
///
///
///

1  In consideration of the foregoing facts and circumstances, the parties respectfully request
2  that the Court extend Defendants' deadline for responding to the Complaint by 45 days, until
3  July 24, 2008.

4

5  Dated: May 8, 2008                MCKENNA LONG & ALDRIDGE LLP

6
                                     _____s/Robert S. Brewer_____
7                                    ROBERT S. BREWER, JR.

8                                    Specially appearing for Defendant
                                     MICHAEL T. UBERUAGA
9                                    E-mail: rbrewer@mckennalong.com

10 Dated: May 8, 2008                UNITED STATES SECURITIES AND EXCHANGE
                                     COMMISSION
11
                                     _____s/David J. Van Havermaat_____
12                                   DAVID J. VAN HAVERMAAT

13                                   Attorneys for Plaintiff
                                     SECURITIES AND EXCHANGE COMMISSION
14                                   E-mail: vanhavermaatd@sec.gov

15

16 Dated: May 8, 2008                HAHN & ADEMA

17                                   _____s/David Hahn_____
                                     DAVID HAHN
18
                                     Specially appearing for Defendant
19                                   MARY E. VATTIMO
                                     E-mail: dhahn@hahnadema.com
20

21
   Dated: May 8, 2008                FRANK T. VECCHIONE
22
                                     _____s/Frank T. Vecchione_____
23                                   FRANK T. VECCHIONE

24                                   Specially appearing for Defendant
                                     TERESA A. WEBSTER
25                                   E-mail: FTVLAW@aol.com

26

27 ///

28 ///

| | | |
|---|---|---|
| 1 | Dated: May 8, 2008 | LA BELLA & MCNAMARA, LLP |
| 2 | | _____s/Thomas W. McNamara_____ |
| 3 | | THOMAS W. MCNAMARA |
| 4 | | Specially appearing for Defendant<br>PATRICIA FRAZIER |
| 5 | | E-mail: tmcnamara@labellamcnamara.com |
| 6 | Dated: May 8, 2008 | FRANK J. RAGEN |
| 7 | | _____s/Frank J. Ragen_____ |
| 8 | | FRANK J. RAGEN |
| 9 | | Specially appearing for Defendant<br>EDWARD P. RYAN |
| 10 | | E-mail: fjragen@aol.com |

I, Robert S. Brewer, Jr., hereby certify that the content of this JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT is acceptable to all parties who are required to sign this motion. Plaintiff's and Defendants' counsel have authorized counsel for defendant Michael T. Uberuaga to affix their CM/ECF electronic signature to this document.

| | | |
|---|---|---|
| 20 | Dated: May 8, 2008 | MCKENNA LONG & ALDRIDGE LLP |
| 22 | | _____s/Robert S. Brewer, Jr._____<br>ROBERT S. BREWER, JR. |
| 23 | | Specially appearing for Defendant<br>MICHAEL T. UBERUAGA |
| 24 | | E-mail: rbrewer@mckennalong.com |

SD:22165013.1

**EXHIBIT 1**

OFFICE OF
## THE CITY ATTORNEY
CITY OF SAN DIEGO

MICHAEL J. AGUIRRE
CITY ATTORNEY

CIVIL DIVISION
1200 THIRD AVENUE, SUITE 1620
SAN DIEGO, CALIFORNIA 92101-4178
TELEPHONE (619) 236-6220
FAX (619) 236-7215

May 5, 2008

Thomas W. McNamara
LaBella & McNamara
401 West A Street, Suite 1150
San Diego, CA 92101

John R. Wertz
Wertz McDade Wallace Moot & Brower
945 Fourth Avenue
San Diego, CA 92101

Robert S. Brewer, Jr.
McKenna Long & Aldridge
750 B Street, Suite 3300
San Diego, CA 92101

David A. Hahn
Hahn & Adema
501 West Broadway, Suite 1600
San Diego, CA 92101-8487

Frank T. Vecchione
The Senator Building
105 West F Street, Suite 215
San Diego, CA 92101

Dear Counsel:

*City of San Diego's Payment of Attorneys' Fees for Representation of
Former City Employees Named in SEC v. Uberuaga et. al.*

On April 7, 2008, the Securities and Exchange Commission [SEC] filed a complaint for violations of the federal securities laws against Michael T. Uberuaga, Edward P. Ryan, Patricia Frazier, Teresa A. Webster, and Mary E. Vattimo. The complaint alleges the defendants were involved in false and misleading disclosures relating to the City's municipal securities offerings in 2002 and 2003. (*See*, U.S.D.C. Case No. CV 0621 DMS LSP).

We are writing to you because you have been representing one of the named defendants in the above action in connection with the SEC's investigation of the City's financial disclosures. Payment of your attorneys' fees for these services has been authorized by prior City Council resolutions. However, these prior resolutions did not authorize the defense of these former City employees in this new civil action. Based on comments in the media, we anticipate that you will continue your representation of the defendants in this new civil action and that you may seek to have the City pay the attorneys' fees and costs incurred by your clients in defense of the action.

Counsel in SEC Matter                                                                                          May 5, 2008

      The issue of whether the City should provide a defense to the SEC complaint is tentatively scheduled for the City Council meeting on May 13, 2008, beginning at 10:00 a.m. You can access the Council meeting agenda and additional information through the City's website at http://www.sandiego.gov/city-clerk/. In the meantime, you are advised to assume attorney's fees and costs relating to the SEC complaint will *not* be paid. A copy of the City Attorney's memorandum to the Mayor and City Council dated April 8, 2008, enclosed for your reference.

                                                Sincerely,

                                                MICHAEL J. AGUIRRE, City Attorney

MJA:als
Enclosure

SECURITIES AND EXCHANGE COMMISSION v. MICHAEL T. UBERUAGA, ET AL.
United States District Court Case No. 08-CV-0625 DMS (LSP)

## CERTIFICATE OF SERVICE

I, Robert S. Brewer, Jr., certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT; and**

- **[PROPOSED] ORDER GRANTING JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter.

| | |
|---|---|
| David J. Van Havermaat, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, California 90036<br>Tel: (323) 965-3998/**Fax: (323) 965-3908**<br>vanhavermaatd@sec.gov | *Attorneys for Plaintiff*<br>*Securities and Exchange*<br>*Commission* |

via personal service, overnight mail (VIA UPS), facsimile, first class mail or e-mail, as indicated below:

| | |
|---|---|
| David Hahn, Esq.<br>Hahn & Adema<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Tel: (619) 235-2100/**Fax: (619) 235-2101**<br>dhahn@hahnadema.com | *Attorneys for Defendant*<br>*Mary E. Vattimo* |

**VIA U.S. MAIL AND E-MAIL**

| | |
|---|---|
| Frank T. Vecchione, Esq.<br>105 W. F Street, Suite 215<br>San Diego, CA 92101<br>Tel: (619) 231-3653<br>FTVLAW@aol.com | *Attorneys for Defendant*<br>*Teresa A. Webster* |

**VIA U.S. MAIL AND E-MAIL**

- 1 -

08CV0625

| | | |
|---|---|---|
| 1 | Thomas W. McNamara, Esq.<br>La Bella & McNamara, LLP | ***Attorneys for Defendant***<br>***Patricia Frazier*** |
| 2 | 401 West A Street, Suite 1150<br>San Diego, CA 92101 | |
| 3 | Tel: (619) 696-9200/**Fax: (619) 696-9269**<br>tmcnamara@labellamcnamara.com | |

**VIA U.S. MAIL AND E-MAIL**

Frank J. Ragen, Esq.   ***Attorneys for Defendant***
105 West F Street, Suite 215   ***Edward P. Ryan***
San Diego, CA 92101
Tel: (619) 231-4330
fjragen@aol.com

**VIA U.S. MAIL AND E-MAIL**

Executed on **May 8, 2008,** in San Diego, California.

                                                         s/Robert S. Brewer, Jr.
                                                           Robert S. Brewer, Jr.