# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>   vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>          Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**ORDER GRANTING JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT**<br><br>**JUDGE:**  Hon. Dana M. Sabraw<br>**CTRM:**  10 |

1  Having reviewed the Joint Motion by plaintiff SECURITIES AND EXCHANGE
2  COMMISSION (the "Commission") and defendants MICHAEL T. UBERUAGA, EDWARD P.
3  RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO (collectively
4  "Defendants") to extend the deadline for responding to the Commission's complaint, and good
5  cause appearing,

**IT IS HEREBY ORDERED:**

Defendants' deadline for responding to the Commission's complaint shall be extended by 45 days, until July 24, 2008.

**IT IS SO ORDERED.**

Dated: May 16, 2008

_____
UNITED STATES DISTRICT JUDGE

SD:22165014.1