ROBERT S. BREWER, JR. (SBN 65294)
E-mail: rbrewer@mckennalong.com
ROBERT J. LAUCHLAN, JR. (SBN 118545)
E-mail: rlauchlan@mckennalong.com
GARY K. BRUCKER, JR. (SBN 238644)
E-mail: gbrucker@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone:   (619) 595-5400
Facsimile:   (619) 595-5450

Specially Appearing For Defendant
MICHAEL T. UBERUAGA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>    Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**NOTICE OF ENTRY OF ORDER GRANTING JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT**<br><br>JUDGE: Hon. Dana M. Sabraw<br>CTRM: 10 |

TO: THE INTERESTED PARTIES ON THE ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on May 16, 2008, the Court entered the Order Granting Joint Motion By Plaintiff Securities and Exchange Commission and Defendants Michael T. Uberuaga, Edward P. Ryan, Patricia Frazier, Teresa A. Webster, and Mary E. Vattimo To Extend Deadline For Responding To Complaint, a true and correct copy of which is attached hereto as Exhibit 1.

Dated: May 21, 2008

MCKENNA LONG & ALDRIDGE LLP

_____s/Robert S. Brewer_____
ROBERT S. BREWER, JR.

Specially appearing for Defendant
MICHAEL T. UBERUAGA
E-mail: rbrewer@mckennalong.com

SD:22165398.1

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>　　　　Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>ORDER GRANTING JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT<br><br>JUDGE:　Hon. Dana M. Sabraw<br>CTRM:　10 |

08-CV-0625

Exhibit ___1___ Page ___1___

1  Having reviewed the Joint Motion by plaintiff SECURITIES AND EXCHANGE
2  COMMISSION (the "Commission") and defendants MICHAEL T. UBERUAGA, EDWARD P.
3  RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO (collectively
4  "Defendants") to extend the deadline for responding to the Commission's complaint, and good
5  cause appearing,
6  **IT IS HEREBY ORDERED:**
7  Defendants' deadline for responding to the Commission's complaint shall be extended by
8  45 days, until July 24, 2008.
9  **IT IS SO ORDERED.**

12  Dated: May 16, 2008

_____
UNITED STATES DISTRICT JUDGE

SD:22165014.1

SECURITIES AND EXCHANGE COMMISSION v. MICHAEL T. UBERUAGA, ET AL.
United States District Court Case No. 08-CV-0625 DMS (LSP)

## CERTIFICATE OF SERVICE

I, Jamie L. Hornsby, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **NOTICE OF ENTRY OF ORDER GRANTING JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT**

☒ was served upon all counsel of record as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter (as set forth below):

| | |
|---|---|
| David J. Van Havermaat, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, California 90036<br>Tel: (323) 965-3998/**Fax: (323) 965-3908**<br>E-mail: vanhavermaatd@sec.gov | *Attorneys for Plaintiff*<br>*Securities and Exchange*<br>*Commission* |

☒ The following non-CM/ECF participants were served via personal service, overnight mail (via UPS Overnight), facsimile, first class mail or e-mail, as set forth below:

| | |
|---|---|
| David Hahn, Esq.<br>Hahn & Adema<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Tel: (619) 235-2100/**Fax: (619) 235-2101**<br>E-mail: dhahn@hahnadema.com<br>**VIA U.S. MAIL AND E-MAIL** | *Attorneys for Defendant*<br>*Mary E. Vattimo* |
| Frank T. Vecchione, Esq.<br>105 W. F Street, Suite 215<br>San Diego, CA 92101<br>Tel: (619) 231-3653<br>E-mail: FTVLAW@aol.com<br>**VIA U.S. MAIL AND E-MAIL** | *Attorneys for Defendant*<br>*Teresa A. Webster* |

- 1 -

| | | |
|---|---|---|
| 1 | Thomas W. McNamara, Esq. | *Attorneys for Defendant* |
| 2 | La Bella & McNamara, LLP | *Patricia Frazier* |
|   | 401 West A Street, Suite 1150 | |
| 3 | San Diego, CA 92101 | |
|   | Tel: (619) 696-9200/**Fax: (619) 696-9269** | |
| 4 | E-mail: tmcnamara@labellamcnamara.com | |
| 5 | **VIA U.S. MAIL AND E-MAIL** | |
| 6 | Frank J. Ragen, Esq. | *Attorneys for Defendant* |
|   | 105 West F Street, Suite 215 | *Edward P. Ryan* |
| 7 | San Diego, CA 92101 | |
| 8 | Tel: (619) 231-4330 | |
|   | E-mail: fjragen@aol.com | |
| 9 | **VIA U.S. MAIL AND E-MAIL** | |

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed this 21st day of May, 2008, at San Diego, California.

*/s/ Jamie L. Hornsby*
Jamie L. Hornsby

SD:22165399.1

- 2 -

08CV0625
CERTIFICATE OF SERVICE