LA BELLA & MCNAMARA LLP
THOMAS W. MCNAMARA (SBN 127280)
CHRYSTA L. ELLIOTT (SBN 253298)
401 West "A" Street, Suite 1150
San Diego, California 92101
Telephone: (619) 696-9200
Facsimile: (619) 696-9269

Specially Appearing For Defendant
PATRICIA FRAZIER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO<br><br>　　　　Defendants. | Case No.: 08-CV-0625-DMS (LSP)<br><br>**JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS PATRICIA FRAZIER, MICHAEL T. UBERUAGA, EDWARD P. RYAN, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT**<br><br>JUDGE:　Hon. Dana M. Sabraw<br>CTRM:　10 |

Plaintiff SECURITIES AND EXCHANGE COMMISSION (the "Commission"), through its counsel David J. Van Havermaat, Esq., and defendants PATRICIA FRAZIER, MICHAEL T. UBERUAGA, EDWARD P. RYAN, TERESA A. WEBSTER, and MARY E. VATTIMO (collectively "Defendants"), through their *specially appearing* respective counsel La Bella & McNamara, LLP, McKenna Long & Aldridge LLP, Frank J. Ragen, Esq., Frank T. Vecchione, Esq., and Hahn & Adema, jointly move as follows:

1. On April 7, 2008, the Commission filed a complaint against Defendants alleging violations of the federal securities laws (the "Complaint").
2. On April 9, 2008, the Commission provided Defendants with notice of the commencement of the suit and requested that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d)(1).
3. Defendants have waived service.
4. On May 16, 2008, pursuant to a Joint Motion, the Court granted Defendants an extension of the deadline to file their responses to the Complaint.
5. Accordingly, Defendants' responses to the Complaint are presently due on July 24, 2008.
6. The City Council has not yet passed a resolution authorizing or denying defendant Uberuaga's request that the City provide him a defense in this action; the remaining defendants are analyzing their options following the City Council's refusal to provide them a defense.
7. Additional time is therefore necessary for Defendants to explore legal representation, to prepare responses to the Complaint, and, as to at least some of the Defendants, to determine what, if any, action to take concerning the City's refusal to provide a defense.

///

1  In consideration of the foregoing facts and circumstances, the parties respectfully
2  request that the Court extend Defendants' deadline for responding to the Complaint by 45
3  days, until September 8, 2008.

Dated: July 16, 2008                     LA BELLA & MCNAMARA, LLP

                                         s/Thomas W. McNamara
                                         THOMAS W. MCNAMARA

                                         Specially appearing for Defendant
                                         PATRICIA FRAZIER
                                         E-mail: tmcnamara@labellamcnamara.com


Dated: July 16, 2008                     MCKENNA LONG & ALDRIDGE LLP

                                         s/Robert S. Brewer, Jr.
                                         ROBERT S. BREWER, JR.

                                         Specially appearing for Defendant
                                         MICHAEL T. UBERUAGA
                                         E-mail: rbrewer@mckennalong.com

Dated: July 16, 2008                     UNITED STATES SECURITIES AND EXCHANGE
                                         COMMISSION

                                         s/David J. Van Havermaat
                                         DAVID J. VAN HAVERMAAT

                                         Attorneys for Plaintiff
                                         SECURITIES AND EXCHANGE COMMISSION
                                         E-mail: vanhavermaatd@sec.gov

| | | |
|---|---|---|
| 1 | Dated: July 16, 2008 | HAHN & ADEMA |
| 2 | | |
| 3 | | s/David Hahn |
| | | DAVID HAHN |
| 4 | | |
| | | Specially appearing for Defendant |
| 5 | | MARY E. VATTIMO |
| | | E-mail: dhahn@hahnadema.com |
| 6 | | |
| 7 | | |
| | Dated: July 16, 2008 | FRANK T. VECCHIONE |
| 8 | | |
| | | s/Frank T. Vecchione |
| 9 | | FRANK T. VECCHIONE |
| 10 | | |
| | | Specially appearing for Defendant |
| 11 | | TERESA A. WEBSTER |
| | | E-mail: FTVLAW@aol.com |
| 12 | | |
| 13 | | |
| | Dated: July 16, 2008 | FRANK J. RAGEN |
| 14 | | |
| | | s/Frank J. Ragen |
| 15 | | FRANK J. RAGEN |
| 16 | | |
| | | Specially appearing for Defendant |
| 17 | | EDWARD P. RYAN |
| | | E-mail: fjragen@aol.com |
| 18 | | |
| 19 | | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

1  I, Thomas W. McNamara, hereby certify that the content of this JOINT MOTION BY
2  PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS
3  PATRICIA FRAZIER, MICHAEL T. UBERUAGA, EDWARD P. RYAN, TERESA A.
4  WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING
5  TO COMPLAINT is acceptable to all parties who are required to sign this motion.  Plaintiff's
6  and Defendants' counsel have authorized counsel for defendant Patricia Frazier to affix their
7  CM/ECF electronic signature to this document.

10  Dated:   July 16, 2008            LA BELLA & MCNAMARA, LLP

11                                    s/Thomas W. McNamara
12                                    THOMAS W. MCNAMARA

13                                    Specially appearing for Defendant
                                      PATRICIA FRAZIER
14                                    E-mail: tmcnamara@labellamcnamara.com

## PROOF OF SERVICE

*Securities and Exchange Commission v. Michael T. Uberuaga, et al.*
United States District Court of the Southern District of California
Case Number: 08-CV-0625 DMS (LSP)

I, Allison M. Myers, declare as follows:

   I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West "A" Street, Suite 1150, San Diego, California 92101.

   On July 18, 2008, I served the foregoing document(s) described as:

- **JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS PATRICIA FRAZIER, MICHAEL T. UBERUAGA, EDWARD P. RYAN, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT;**

- **ORDER GRANTING JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS PATRICIA FRAZIER, MICHAEL T. UBERUAGA, EDWARD P. RYAN, TERESA A. WEBSTER, AND MARY E. VATTIMO TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| David J. Van Havermaat, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, California 90036<br>Tel: (323) 965-3998<br>Fax: (323) 965-3908<br>Email: vanhavermaatd@sec.gov | *Attorneys for Plaintiff*<br>*Securities and Exchange Commission* |
| Robert S. Brewer, Jr.<br>McKenna Long & Aldridge, LLP<br>750 B Street, Suite 2200<br>San Diego, CA 92101<br>Tel: (619) 595-5400<br>Fax: (619) 595-5450<br>E-mail: rbrewer@mckennalong.com | *Attorneys for Defendant*<br>*Michael T. Uberuaga* |

32361

| | | |
|---|---|---|
| 1 | Frank J. Ragen, Esq. | ***Attorneys for Defendant*** |
| 2 | 105 West F Street, Suite 215 | ***Edward P. Ryan*** |
|   | San Diego, CA 92101 | |
| 3 | Tel: (619) 231-4330 | |
|   | Email: fjragen@aol.com | |
| 4 | | |
|   | Frank T. Vecchione, Esq. | ***Attorneys for Defendant*** |
| 5 | 105 W. F Street, Suite 215 | ***Teresa A. Webster*** |
|   | San Diego, CA 92101 | |
| 6 | Tel: (619) 231-3653 | |
| 7 | Email: FTVLAW@aol.com | |
| 8 | David Hahn, Esq. | ***Attorneys for Defendant*** |
|   | Hahn & Adema | ***Mary E. Vattimo*** |
| 9 | 501 West Broadway, Suite 1600 | |
|   | San Diego, CA 92101 | |
| 10 | Tel: (619) 235-2100/Fax: (619) 235-2101 | |
| 11 | Email: dhahn@hahnadema.com | |

☒ **BY EMAIL/ ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

☒ **BY FIRST CLASS MAIL** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with United States postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with Overnite Express and Federal Express. Under that practice, it would be deposited with Overnite Express and/or Federal Express on that same day thereon fully prepaid at San Diego California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY FACSIMILE** Based on agreement of the parties to accept service by fax transmission, I faxed the documents on this date to the person(s) at the fax numbers listed. No error was

32361

2

PROOF OF SERVICE

1 | reported by the fax machine that I used. A copy of the record of the fax transmission, which I
2 | printed out, is attached.
3 | ☐ **BY PERSONAL SERVICE** I served the documents by placing them in an envelope or
4 | package addressed to the person(s) at the addresses listed and providing them to a professional
5 | messenger service for service on this date.
6 | ☐ (STATE) I declare under penalty of perjury under the laws of the State of California that
7 | the above is true and correct.
8 | ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this
9 | court at whose direction the service was made.
10 |     Executed July 18, 2008, in San Diego, California.

/s/ *Allison M. Myers*
Allison M. Myers

32361

3

PROOF OF SERVICE