1  David A. Hahn, SBN 125784
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California 92101-8474
3  Telephone (619) 235-2100
   Facsimile  (619) 235-2101
4
   Specially Appearing for Defendant
5  MARY E. VATTIMO

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **SOUTHERN DISTRICT OF CALIFORNIA**

10 | SECURITIES AND EXCHANGE          | ) | Case No. 08-CV-0625 DMS (LSP)
   | COMMISSION,                      | ) |
11 |                                  | ) | **NOTICE OF MOTION AND MOTION**
   |            Plaintiff,            | ) | **TO DISMISS THE COMPLAINT**
12 |                                  | ) |
   | v.                               | ) |
13 |                                  | ) | Date:        November 7, 2008
   | MICHAEL T. UBERUAGA, EDWARD     | ) | Time:        1:30 p.m.
14 | P. RYAN, PATRICIA FRAZIER,       | ) | Dept.:       Courtroom 10
   | TERESA A. WEBSTER, AND MARY E.   | ) |
15 | VATTIMO,                         | ) | Judge:       Hon. Dana M. Sabraw
   |                                  | ) |
16 |            Defendant.            | ) |
   |                                  | ) |
17 |                                  | ) |

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 7, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard by the Court, Defendant Mary E. Vattimo, by her counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), will and does hereby move this Court for an Order dismissing the Complaint.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, each of which are concurrently filed herewith, the pleadings, records and files in this action, any reply papers that may be filed, and upon such other and further evidence and argument as may properly be presented prior to and at the hearing on the Motion.

Dated:      September 8, 2008                    **HAHN & ADEMA**

By:      _____s/David A. Hahn_____
         David A. Hahn
         Specially Appearing for Defendant
         MARY E. VATTIMO

2