David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone (619) 235-2100
Facsimile  (619) 235-2101

Specially Appearing for Defendant
MARY E. VATTIMO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 08-CV-0625 DMS (LSP) |
| Plaintiff, | **NOTICE OF LODGMENT IN SUPPORT OF DEFENDANT MARY E. VATTIMO'S MOTION TO DISMISS THE COMPLAINT** |
| v. | |
| MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO, | Date:  November 7, 2008<br>Time:  1:30 p.m.<br>Dept.: Courtroom 10 |
| Defendant. | Judge:  Hon. Dana M. Sabraw |

Pursuant to Federal Rule of Evidence 201(b) and (d), Defendant Mary E. Vattimo hereby requests that the Court take judicial notice of the following documents, and the facts contained therein, submitted in support of her Motion to Dismiss:

1. Attached hereto as **Exhibit 1** is a true and correct copy of relevant portions of the Official Statement dated June 12, 2002 for the offering of $25,070,000 Public Facilities Financing Authority of the City of San Diego Lease Revenue Bonds, Series 2002B (Fire and Safety Project) referred to in ¶¶ 26 and 27 of the Complaint.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Official Statement dated June 4, 2002 for the offering of $93,200,000 2002-03 Tax Anticipation Notes referred to in ¶ 26 and 27 of the Complaint.

3. Attached hereto as **Exhibit 3** is a true and correct copy of relevant portions of the

1  Official Statement dated April 30, 2003 for the offering of $15,255,000 City of San Diego/Metropolitan Transit Development Board Authority 2003 Lease Revenue Refunding Bonds (San Diego Old Town Light Rail Transit Extension Refunding) referred to in ¶¶ 26 and 27 of the Complaint.

4. Attached hereto as **Exhibit 4** is a true and correct copy of relevant portions of the Official Statement dated May 29, 2003 for the offering of $17,425,000 City of San Diego Certificates of Participation (1993 Balboa Park/Mission Bay Park Refunding) referred to in ¶¶ 26 and 27 of the Complaint.

5. Attached hereto as **Exhibit 5** is a true and correct copy of relevant portions of the Official Statement dated June 16, 2003 for the offering of $110,900,000 2003-04 Tax Anticipation Notes referred to in ¶¶ 26 and 27 of the Complaint.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the Ordinance No. O-19054 dated April 29, 2002 relative to the $25,070,000 Public Facilities Financing Authority of the City of San Diego Lease Revenue Bonds, Series 2002B (Fire and Safety Project).

7. Attached hereto as **Exhibit 7** is a true and correct copy of the Resolution No. R-296500 dated May 14, 2002 relative to the $93,200,000 2002-03 Tax Anticipation Notes.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the Resolution No. R-297693 dated March 3, 2002 relative to the $15,255,000 City of San Diego/Metropolitan Transit Development Board Authority 2003 Lease Revenue Refunding Bonds (San Diego Old Town Light Rail Transit Extension Refunding).

9. Attached hereto as **Exhibit 9** is a true and correct copy of the Resolution No. R-297692 dated March 3, 2002 relative to the $17,425,000 City of San Diego Certificates of Participation (1993 Balboa Park/Mission Bay Park Refunding).

10. Attached hereto as **Exhibit 10** is a true and correct copy of the Resolution No. R-297969 dated March 3, 2002 relative to the $110,900,000 2003-04 Tax Anticipation Notes.

2

11. Attached here to as **Exhibit 11** is a true and correct copy of the Ordinance No. O-18285 dated April 15, 1996 relative to the $33,430,000 Certificates of Participation (Balboa Park and Mission Bay Park Capital Improvements Program) Series 1996A.

12. Attached here to as **Exhibit 12** is a true and correct copy of the Ordinance No. O-18289 dated April 15, 1996 relative to the $11,720,000 Refunding Certificates of Participation (Balboa Park and Mission Bay Park Capital Improvements Program, Series 1991) Series 1996B.

13. Attached here to as **Exhibit 13** is a true and correct copy of the Resolution No. R-288106 dated November 26, 1996 relative to the $68,425,000 Public Facilities Financing Authority of the City of San Diego Taxable Lease Revenue Bonds, Series 1996A (San Diego Jack Murphy Stadium).

14. Attached here to as **Exhibit 14** is a true and correct copy of the Ordinance No. O-19054 dated April 29, 2002 relative to the $25,070,000 Lease Revenue Bonds, Series 2002B (Fire and Life Safety Facilities Project).

15. Attached here to as **Exhibit 15** are true and correct copies of the Ordinance Nos. O-18270 and O-18271 dated March 5, 1996 and the Resolution No. R-290289 relative to the $205,000,000 Convention Center Expansion Authority Lease Revenue Bonds, Series 1998A (City of San Diego, California as Lessee).

16. Attached here to as **Exhibit 16** are true and correct copies of the Resolution Nos. R-295760 and R-295762 dated November 20, 2001 relative to the $169,985,000 Public Facilities Financing Authority of the City of San Diego Lease Revenue Bonds, Series 2002 (Ballpark Project).

17. Attached here to as **Exhibit 17** is a true and correct copy of the transmittal letter for the Annual Report for the Fiscal Year Ended June 30, 2002 relating to the $33,430,000 Certificates of Participation (Balboa Park and Mission Bay Park Capital Improvements Program) Series 1996A, the $11,720,000 Refunding Certificates of Participation (Balboa Park and Mission Bay Park Capital Improvements Program, Series 1991) Series 1996B, the $68,425,000 Public Facilities Financing Authority of

1  the City of San Diego Taxable Lease Revenue Bonds, Series 1996A (San Diego Jack Murphy Stadium) and the $25,070,000 Lease Revenue Bonds, Series 2002B (Fire and Life Safety Facilities Project) pursuant to the continuing disclosure agreements.

18. Attached here to as **Exhibit 18** is a true and correct copy of the transmittal letter for the Annual Report for the Fiscal Year Ended June 30, 2002 relating to the $205,000,000 Convention Center Expansion Financing Authority Lease Revenue Bonds, Series 1998A (City of San Diego, California as Lessee) pursuant to the continuing disclosure agreement.

19. Attached here to as **Exhibit 19** is a true and correct copy of the transmittal letter for the Annual Report for the Fiscal Year Ended June 30, 2002 relating to the $169,985,000 Public Facilities Financing Authority of the City of San Diego Lease Revenue Bonds, Series 2002 (Ballpark Project) pursuant to the continuing disclosure agreement.

The Court may take judicial notice of material that is properly submitted as part of a complaint, including documents which are either physically attached to the complaint, or those upon which "the plaintiff's complaint necessarily relies" and whose "authenticity . . . is not contested."[1] Paragraphs 26, 27, 28, 31 and 40 of the SEC's initial complaint filed on April 7, 2008 (the "Complaint") reference **Exhibits 1-5 and 17-19** hereto. The Complaint also necessarily relies on those exhibits, as the disclosures accompanying **Exhibits 1-5 and 17-19** are allegedly misleading.[2] Thus, judicial notice of **Exhibits 1-5 and 17-19** hereto is appropriate.

The Court may also take judicial notice of matters of public record, defined as a fact "not subject to reasonable dispute in that it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."[3] **Exhibits 1-19** hereto constitute matters of public record not subject to reasonably dispute, and judicial notice of these exhibits is proper.

Further, **Exhibits 1-19** hereto, constitute records of the City, and as a government data and/or

---

[1] *Lee v. City of L.A.*, 250 F.3d 668, 688 (9th Cir. 2001) (internal quotations omitted).

[2] Complaint ¶¶ 26, 31, 40.

[3] *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006)

1  publications,[4] they are not subject to reasonable dispute and are judicially noticeable.

2      In addition to taking judicial notice of **Exhibits 1-19** hereto, the Court may also take judicial
3  notice of "facts that are contained in materials of which the court may take judicial notice."[5]

4      Accordingly, defendant Ms. Vattimo respectfully requests that the Court grant her Request
5  for Judicial Notice and consider the foregoing documents, and facts contained therein, in ruling on
6  her Motion to Dismiss.

7  Dated:     September 8, 2008              Respectfully submitted,
                                             **HAHN & ADEMA**

                                             By:     s/David A. Hahn
10                                                   David A. Hahn
                                                     Specially Appearing for Defendant
11                                                   MARY E. VATTIMO

---

[4] *Id.*

[5] *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) (internal quotations omitted).