# EXHIBIT 6

(O-2002-116) corrected copy 1
3/25/02

ORDINANCE NUMBER O-19054 (NEW SERIES)

ADOPTED ON APRIL 29, 2002

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF SAN DIEGO APPROVING PROCEEDINGS TO FINANCE THE COSTS OF CERTAIN CAPITAL IMPROVEMENTS OF THE CITY, APPROVING THE ISSUANCE OF LEASE REVENUE BONDS BY THE PUBLIC FACILITIES FINANCING AUTHORITY OF THE CITY OF SAN DIEGO OF NOT TO EXCEED $30,000,000 AGGREGATE PRINCIPAL OF LEASE REVENUE BONDS, APPROVING THE FORMS OF AND AUTHORIZING THE EXECUTION AND DELIVERY OF A SITE LEASE, A LEASE, AND AN OFFICIAL STATEMENT, AUTHORIZING THE PROCUREMENT OF A MUNICIPAL BOND INSURANCE POLICY, AND APPROVING AND AUTHORIZING RELATED DOCUMENTS, OFFICIAL ACTIONS AND MATTERS IN CONNECTION THEREWITH.

WHEREAS, Article 1 of Chapter 5 of Division 7 of Title 1 of the Government Code of the State of California authorizes and empowers local agencies to form a joint powers authority, and Article 4 of Chapter 5 of Division 7 of Title 1 of the Government Code of the State of California [Marks-Roos Local Bond Pooling Act of 1985] authorizes and empowers such an authority to issue bonds for the purpose of financing public capital improvements, working capital, liability and other insurance needs, or projects whenever there are significant public benefits, as determined by the local agency; and

WHEREAS, the City of San Diego [City] and the Redevelopment Agency of the City of San Diego [Agency] have heretofore entered into a Joint Exercise of Powers Agreement dated May 14, 1991 [Joint Powers Agreement] as amended and restated, which created and established

-PAGE 1 OF 10-

Exhibit 6
76 of 175

the Public Facilities Financing Authority of the City of San Diego [Authority] for the purpose, among others, of issuing its bonds to be used to provide financial assistance to the City to finance public capital improvements, including but not limited to general municipal improvements; and

WHEREAS, the City has determined that (i) the issuance of the Bonds (defined below) by the Authority is desirable and furthers public purposes; (ii) there are significant public benefits to be derived from securing the assistance of the Authority in financing the construction renovation, improvement and equipping of the certain fire and life safety facilities for the City [collectively, the Project]; (iii) the Project will be located within the geographic boundaries of the City; and (iv) the City will benefit from demonstrable savings in the costs of financing the Project and will be able to more efficiently deliver fire and life safety services to residential and commercial development as a result of the financing; and

WHEREAS, in accordance with California Government Code section 6586 the City Council, as a member of the Authority, took action to call a public hearing which was held by this City Council on April 2, 2002, at 10:00 a.m., at the regular meeting place of the City Council, the City Council Chambers, San Diego Administration Building, 202 C Street, San Diego, California 92101, to consider (i) the proposed financing of the Project, to be located within the geographic boundaries of the City, by the issuance and sale by the Authority of the Bonds; and (ii) whether there are any significant public benefits to the City from such proposed financing, including demonstrable savings in effective interest rate, bond preparation, bond underwriting, or bond issuance costs and/or more efficient delivery of fire and life safety services to residential and commercial development; and

WHEREAS, a notice of such public hearing was duly published by the City as required by law in the San Diego Daily Transcript, a newspaper of general circulation in the City, and copies

of the proofs of publication from the San Diego Daily Transcript and the notice of the public hearing are on file in the Office of the City Clerk; and

WHEREAS, on the date thereof, being the time and place set forth in the notice of such public hearing, a public hearing was duly convened by the City Council, and the City Council heard all interested persons desiring to be heard; and

WHEREAS, the City Council has considered the evidence of the significant public benefits to the City from such proposed financing, which evidenced is summarized in City Manager's Report No. 02-063, dated March 27, 2002, and is fully advised of the premises; and

WHEREAS, in order to achieve such public purposes, the City desires to approve the Authority's issuance of not to exceed $30,000,000 aggregate principal amount of the Public Facilities Financing Authority of the City of San Diego Lease Revenue Bonds, Series 2002B (Fire and Life Safety Facilities Project) [the Bonds]; and

WHEREAS, in order to provide moneys for such public purposes, the City will lease certain real property of the City [Leased Property] to the Authority pursuant to a Site Lease [Site Lease]; and

WHEREAS, the Authority has determined to issue the Bonds, all pursuant to and secured by an Indenture [Indenture] by and between the Authority and the trustee to be named [Trustee]; and

WHEREAS, in order to provide for the repayment of the Bonds, the Authority will lease the Leased Property to the City pursuant to a Lease [Lease] under which the City will agree to make base rental payments to the Authority [Base Rental Payments] which will be calculated to be sufficient to enable the Authority to pay the principal of and interest and premium (if any) on the Bonds when due and payable; and

-PAGE 3 OF 10-

Exhibit 6
78 of 175

WHEREAS, the Authority desires to assign without recourse all of its right to receive the Base Rental Payments scheduled to be paid by the City under and pursuant to the Lease to the Trustee for the benefit of the owners of the Bonds pursuant to an Assignment Agreement [Assignment Agreement] by and between the Authority and the Trustee; and

WHEREAS, the Bonds will be issued under the provisions of the Marks-Roos Local Bond Pooling Act of 1985 and the Indenture; and

WHEREAS, the Authority proposes to sell the Bonds pursuant to a competitive sale as described in the Notice Inviting Bids [Notice Inviting Bids] to the lowest, responsible and qualified bidder [Underwriter] for offer and sale by the Underwriter to members of the general public, and in connection with the offering of the Bonds, the Authority and the City have caused to be prepared an Official Statement describing, among other things, the City, the Indenture, the Lease and the Bonds, a preliminary form of which is on file with the Office of the City Clerk; and

WHEREAS, the City Council approves all of said transaction in furtherance of the public purposes of the City, and wishes at this time to take its action approving the issuance and sale of the Bonds and the lease financing to be accomplished thereby; NOW, THEREFORE,

BE IT ORDAINED, by the City Council of the City of San Diego, as follows:

Section 1.    All of the foregoing recitals are true and correct, and the City Council so finds and determines.

Section 2. The City hereby requests the Authority approve and authorize the issuance and sale of the Bonds by the Authority in an aggregate principal amount of not to exceed $30,000,000 for the purpose of providing funds to enable the City (i) to finance the acquisition, construction, and installation of the Project and interest payable during construction; (ii) to fund any debt service reserve fund requirement and/or costs of a debt service reserve surety bond;

(iii) to fund the costs of bond insurance or any other form of credit or liquidity enhancement which results in a lower true interest cost of borrowing; and (iv) to pay the costs of issuance for financing the Project, all as determined by the City and the Authority in consultation with the City's financial advisors with respect to the Bonds.

Section 3. The anticipated source of revenue for payment of the Bonds hereby authorized is the Base Rental Payments under and defined in the Lease.

Section 4. To provide for the issuance of the Bonds, the City hereby authorizes and approves the Authority's execution, delivery, and performance of the Indenture, in substantially the form presented to and considered at this meeting as Exhibit "A," a copy of which is on file in the Office of the City Clerk as Document No. OO-19054-1. The Bonds may be supported by bond insurance or any other form of credit or liquidity enhancement.

Section 5. The City hereby authorizes and approves of the Authority's execution, delivery, and performance of the Assignment Agreement, by and between the Authority and the Trustee in substantially the form presented to and considered at this meeting as Exhibit "B," a copy of which is on file in the Office of the City Clerk as Document No. OO-19054-2.

Section 6. The City hereby authorizes and approves the form and content of the Site Lease, pursuant to which the Leased Property will be leased to the Authority. A copy of the Site Lease is on file in the Office of the City Clerk as Document No. OO-19054-3, a form of the Site Lease is presented to and considered at this meeting as Exhibit "C." The City Manager and his specified designees, and each of them, are hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Site Lease in substantially the form presented to and considered at this meeting, and the City Clerk and his specified designees, and each of them, are authorized to attest thereto, with such additions and changes therein as the City

Manager or his specified designees, or any one of them, shall approve as being in the best interests of the City, and as is approved as to form by the City Attorney or his specified designee, such approval to be conclusively evidenced by such officer's execution and delivery of the Site Lease.

Section 7. The City hereby authorizes and approves the form and content of the Lease pursuant to which the Leased Property will be leased to the City. A copy of the Lease is on file in the Office of the City Clerk as Document No. OO-19054-4, a form of which is presented to and considered at this meeting as Exhibit "D." The City Manger and his specified designees, and each of them, are hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Lease in substantially the form presented to and considered at this meeting, and the City Clerk and his specified designees, and any one of them, are authorized to attest thereto, with such additions and changes therein as the City Manager or his specified designees, and each of them, shall approve as being in the best interests of the City, and as is approved as to form by the City Attorney or his specified designee, such approval to be conclusively evidenced by such officer's execution and delivery of the Lease.

Section 8. The form of the Preliminary Official Statement relating to the Bonds, a copy of which is on file in the Office of the City Clerk as Document No. OO-19054-5, and submitted to this meeting, is hereby approved for use in connection with the Bonds, with such changes as may be required or approved by the City Manager or his specified designees, and the City Attorney or his specified designee. The City Manager or his specified designees, and each of them, are hereby authorized, for and in the name of and on behalf of the City, to certify, if necessary, to purchasers of the Bonds that the Preliminary Official Statement is deemed final for the purposes of Rule 15c2-12 promulgated under the Securities Exchange Act of 1934 [Rule] (except for the omission of certain final pricing, rating, and related information as permitted by the

-PAGE 6 OF 10-

Exhibit 6
81 of 175

Rule). The City Manager and his specified designees are hereby authorized and directed to assist in the preparation of the final Official Statement [Official Statement] in substantially the form of the Preliminary Official Statement, with such additions and changes as the City Manager or his specified designees shall require or approve as being in the best interests of the City, such approval to be conclusively evidenced by the execution of the Official Statement. The City Manager and his specified designees are hereby authorized and directed to cause the printing and delivery of the Preliminary Official Statement and the Official Statement. The distribution of the Preliminary Official Statement and the Official Statement in connection with Bonds is hereby approved.

Section 9. The form and content of the Continuing Disclosure Agreement [Disclosure Agreement], by and between the City and the Trustee, pursuant to which the City agrees to make certain disclosures as specified therein, a copy of which is on file in the Office of the City Clerk as Document No. OO-19054-6, is hereby approved. The Designated Officers, and each of them, are hereby authorized and directed, for and in the name of and on behalf of the Authority, to execute and deliver the Disclosure Agreement in substantially the form presented to and considered at this meeting, with such additions and changes as the City Manager and his specified designees shall require or approve as being in the best interests of the City, and as are approved as to form by the City Attorney, such approval to be conclusively evidenced by the City Manager's or a Deputy City Manager's execution and delivery of the Disclosure Agreement.

Section 10. The City Manager and his specified designees, and each of them, are hereby authorized and directed to take all actions and execute any and all documents necessary or advisable to arrange for the insuring of all or a portion of the Bonds or to obtain a debt service reserve fund surety bond, or to obtain any other form of credit or liquidity enhancement, if, upon

the consultation and advice of the City's financial advisors with respect to the Bonds, such insurance, surety bond, or other credit enhancement will result in a lower true interest cost.

Section 11. The City Manager and his specified designees, and each of them, are hereby authorized to make the necessary arrangements with an appropriate title insurance company to issue a title insurance binder with respect to land that may become the subject of the Lease and to execute any agreement required for retention of such title insurance company or companies.

Section 12. The Bonds shall bear interest at the rates established by offering the Bonds at public sale pursuant to the Notice of Sale and the Official Bid form, the forms of which are presented to and considered at this meeting as Exhibits "E" and "F" respectively, and with such changes as the City Manager and his specified designees deem to be in the best interests of the City. The Designated Officers, on behalf of the Authority, are hereby authorized to solicit the lowest responsible bid for the Bonds in accordance with the terms of the Notice of Sale. The City Manager, on behalf of the Authority, is authorized and directed to accept and award the bid of the lowest responsible bidder of the Bonds; provided, however, that the stated maximum annual interest rate payable with respect to the Bonds shall not exceed the maximum interest permitted by law and the original issue discount with respect to the Bonds, if any, and the Underwriter's discount shall be determined by the Designated Officers based on the advice of the City's financial advisor.

Section 13. All actions heretofore taken by any officers, employees or agents of the City with respect to the issuance, delivery or sale of the Bonds, or in connection with or related to any of the agreements or documents referred to herein, are hereby approved, confirmed and ratified.

Section 14.    The City Manager or his designee, any Deputy City Manager of the City, the City Attorney, any Deputy City Attorney, the City Clerk and any Assistant City Clerk of the City [each, a Designated Officer], and each of them acting alone or together, are hereby authorized and directed, for and in the name of and on behalf of the City, to take such actions, and to execute such documents and certificates as may be necessary to effectuate the purposes of this Ordinance.

Section 15.    The City Council hereby finds and determines that (i) the Project will be located within the geographic boundaries of the City; and (ii) the Project provides "significant public benefits" to the City in accordance with California Government Code Section 6586, by the issuance and sale of the Bonds. The City Council has considered the evidence of significant public benefits to the City from the proposed financing, which evidence is summarized in City Manager's Report No. 02-063, dated March 27, 2002, and hereby finds and determines that the significant public benefits include, but are not limited to, (a) demonstrable savings to the City from the issuance and sale of the Bonds through the Authority, such as savings in effective interest rate; and (b) more efficient delivery of fire and life safety services to residential and commercial development.

Section 16.    The City Clerk is hereby directed to cause publication of notice of the adoption of this Ordinance for five (5) consecutive days in the San Diego Daily Transcript, a daily newspaper of general circulation published and circulated in the City/County of San Diego, as required by California Government Code Section 6040.1, within fifteen (15) days from the passage hereof pursuant to California Government Code Section 6547.2.

Section 17.    This Ordinance is subject to the provisions for referendum contained in Section 27.2601 *et seq.* of the San Diego Municipal Code.  Subject to those provisions, this

Ordinance shall take effect and be in force thirty (30) days from the date of its adoption and, prior to the expiration of fifteen (15) days from the passage hereof, the City Clerk shall cause this Ordinance to be published at least once in the San Diego Daily Transcript, a daily newspaper of general circulation, and circulated in the City of San Diego.

Section 18.   That a full reading of this ordinance is dispensed with prior to its final passage, a written or printed copy having been available to the City Council and the public a day prior to its final passage.

Section 19.   That this ordinance shall take effect and be in force on the thirtieth day from and after its passage.

APPROVED: CASEY GWINN, City Attorney

By _____
    Kelly J. Salt
    Deputy City Attorney

KJS:pev
3/15/02
3/25/02corr.copy1
Or.Dept:Fin.Svcs.
Aud.Cert:
O-2002-116
Form=o&t.frm

-PAGE 10 OF 10-

Exhibit 6
85 of 175