# EXHIBIT 11

(O-96-142)

ORDINANCE NUMBER O-18285 (NEW SERIES)

ADOPTED ON APRIL 15, 1996

AN ORDINANCE OF THE COUNCIL OF THE CITY
OF SAN DIEGO AUTHORIZING AND APPROVING
THE EXECUTION AND DELIVERY OF
CERTIFICATES OF PARTICIPATION AND
APPROVAL OF CERTAIN DOCUMENTS AND
ACTIONS IN CONNECTION THEREWITH.

BE IT ORDAINED, by the Council of The City of San Diego, as follows:

Section 1.   Authorization and Approval of the Certificates. The City of San Diego (the "City") hereby has determined to authorize and approve the execution and delivery of Certificates of Participation (Balboa Park and Mission Bay Park Capital Improvements Program) Series 1996A (the "Certificates"), in an aggregate principal amount not to exceed $35,000,000, said principal amount to provide funds to finance the acquisition, construction and installation of various capital improvements in the Balboa Park and Mission Bay Park Capital Improvements Program (the "Project") as more particularly described below.

Section 2.   Description of the Project. The Project to be financed by the execution and delivery and sale of the Certificates will be located on real property owned by the City. In connection therewith, the City has agreed to lease to the San Diego Facilities and Equipment Leasing Corporation, a non-profit public benefit corporation (the "Corporation") property described as the South Torrey Pines Golf Course, together with improvements thereon (the "Facilities"), pursuant to the terms of a Site and Facilities Lease (as described below). The

Exhibit 11
110 of 175

Corporation will lease the Facilities back to the City pursuant to the terms of the Facility Lease (as described below).

Section 3. Source of Revenue For Payment of Certificates. The anticipated source of revenue for payment of the Certificates hereby authorized is the base lease payments to be made by the City to the Corporation under the Facility Lease (as more particularly described below).

Section 4. Authorization and Approval of Site and Facilities Lease. The form and content of the Site and Facilities Lease, tentatively dated as of July 1, 1996 (the "Site and Facilities Lease"), respecting the site and facilities to be leased by the City to the Corporation with respect to the Certificates, a copy of which is before this Council and on file in the office of the City Clerk as Document No. OO-18285-1, is hereby approved. The City Manager is hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Site and Facilities Lease in substantially the form presented to and considered at this meeting, and the City Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and as approved as to form by the City Attorney, such approval to be conclusively evidenced by the City Manager's execution and delivery of said Site and Facility Lease, which form of Site and Facilities Lease is hereby in all respects approved and incorporated by reference and made a part hereof.

Section 5. Authorization and Approval of Facility Lease. The form and content of the Facility Lease, tentatively dated as of July 1, 1996 (the "Facility Lease"), respecting lease payments to be made by the City with respect to the Certificates, a copy of which is before this Council and on file in the office of the City Clerk as Document No. OO-18285-2, is hereby approved. The City Manager is hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Facility Lease in substantially the form presented to and considered at this meeting, and the City Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and as approved as to form by the City Attorney, and with such other changes that may be required by nationally recognized bond counsel in order to maintain the exclusion from gross income of the interest evidenced and represented by the Certificates,

Exhibit 11
111 of 175

such approval to be conclusively evidenced by the City Manager's execution and delivery of the Facility Lease, which form of Facility Lease is hereby in all respects approved and incorporated by reference and made a part hereof.

Section 6.   Authorization and Approval of Trust Agreement. To provide for the issuance and sale of the Certificates, the City hereby authorizes and approves of the execution, delivery and performance of the trust agreement related to the execution and delivery of the Certificates, tentatively dated as of July 1, 1996 (the "Trust Agreement"), by and among the City, the Corporation and the Trustee named therein (the "Trustee"), in substantially the form presented to and considered at this meeting a copy of which is before this Council and on file in the office of the City Clerk as Document No. OO-18285-3, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and as approved as to form by the City Attorney, and with such other changes that may be required by nationally recognized bond counsel in order to maintain the exclusion from gross income of the interest evidenced and represented by the Certificates, such approval to be conclusively evidenced by the City Manager's execution and delivery of the Trust Agreement, which form of Trust Agreement is hereby in all respects approved and incorporated by reference and made a part hereof.

Section 7.   Authorization and Approval of Assignment Agreement. The City hereby approves the form of Assignment Agreement related to the execution and delivery of the Certificates, tentatively dated as of July 1, 1996 (the "Assignment Agreement"), by and between the Corporation and Trustee in substantially the form presented to and considered at this meeting as Exhibit A.

Section 8.   Sale of the Certificates--Competitive Bid. It is contemplated that the Certificates will be sold through a competitive bid process. In the event of a competitive bid, the Certificates shall bear interest at the rates established by offering the Certificates at public sale pursuant to the Notice of Intention to Sell Certificates, the Official Notice of Sale and the Official Bid Form (which documents are hereby approved by the City in substantially the forms attached hereto as Exhibits B, C and D, respectively, and with such changes as the City Manager may deem to be in the best interests of the City) to be prepared by the City's Financial Advisor, subject to the approval the City Manager and City Attorney, in consultation with the City's Bond Counsel. The City Manager is hereby authorized and directed to cause the publication of the Notice of Intention to Sell Certificates at least fifteen (15) days prior to the sale of the Certificates and the

Exhibit 11
112 of 175

distribution of said Preliminary Official Statement. The City Manager is hereby further authorized and directed to solicit the lowest responsible bid for the Certificates in accordance with the terms of the Official Notice of Sale, and thereafter to accept the bid of the lowest responsible bidder for the Certificates within seven hours after the opening of the bids, and no later than 5:00 p.m., San Diego time, on the date of sale, as prescribed in the Official Notice of Sale.

Section 9.   Sale of the Certificates -- Negotiated Sale. From and after the date hereof, and until the date bids are received, the City Manager is hereby authorized to make a decision regarding the method of sale for the Certificates that would be in the best interests of the Corporation and the City. If, in the judgment of the City Manager, a negotiated sale of the Certificates would be in the best interests of the Corporation or the City, the City Manager shall issue a request for proposal and provide the Corporation and the City Council with a recommended underwriter and a proposed form of Purchase Contract with that underwriter.

Section 10.   Authorization and Approval of Preliminary and Final Official Statement. The Preliminary Official Statement ("Preliminary Official Statement"), a copy of which is before this Council and is on file in the office of the City Clerk as Document No. OO-18285-4, is hereby approved for use in connection with the public offering of the Certificates, with such changes as may be approved by the City Manager, the City Attorney or Kitahata & Company, the City's financial advisor (the "Financial Advisor"), which form of Preliminary Official Statement is hereby in all respects approved and incorporated by reference and made a part hereof. The City Manager is authorized to certify to the underwriter or underwriters of the Certificates (the "Underwriter") on behalf of the City that the Preliminary Official

Statement is deemed final as of its date within the meaning of Rule 15c2-12 promulgated under the Securities Exchange Act of 1934 (the "Rule") (except for the omission of certain final pricing, rating and related information as permitted by the Rule). The City Manager is authorized to execute and deliver a final official statement relating to the Certificates (the "Official Statement") in substantially the form of said Preliminary Official Statement, with such additions and changes as the City Manager shall approve as being in the best interests of the City, such approval to be conclusively evidenced by the execution of said Official Statement. The City Manager is authorized and directed to cause the printing and delivery of the Preliminary Official Statement and the Official Statement. The City's Financial Advisor and the underwriter or underwriters are hereby authorized to distribute copies of the Preliminary Official Statement and the Official Statement to

Exhibit 11
113 of 175

prospective purchasers of the Certificates and all actual purchasers of the Certificates from the underwriter or underwriters acting in such capacity.

Section 11.  Authorization and Approval of Continuing Disclosure Agreement.  The form and content of the Continuing Disclosure Agreement, tentatively dated as of July 1, 1996 (the "Disclosure Agreement"), by and between the City and the trustee to be named therein, pursuant to which the City is obligated to make secondary market disclosure, a copy of which is before this Council and is on file in the office of the City Clerk as Document No. OO-18285-5 is hereby approved.  The City Manager of the City is hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Disclosure Agreement in substantially the form presented to and considered at this meeting, and the City Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and is approved as to form by the City Attorney, such approval to be conclusively evidenced by the City Manager's execution and delivery of said Disclosure Agreement, which form of Disclosure Agreement is hereby in all respects approved and incorporated by reference and made a part hereof.

Section 12.  Ratification of Actions.  All actions heretofore taken by any officers, employees or agents of the City with respect to the issuance, execution, delivery or sale of the Certificates, or in connection with or related to any of the agreements or documents referenced herein, are hereby approved, confirmed and ratified.

Section 13.  Designated Officer; General Authorization.  The City Manager of the City or his designee, any Deputy City Manager of the City, the City Attorney, any Deputy City Attorney, the City Clerk and any Assistant City Clerk of the City (each, a "Designated Officer"), and each of them acting alone or together, are hereby authorized and directed, for and in the name of and on behalf of the City, to take such actions, and to execute such documents and certificates as may be necessary to effectuate the purposes of this Ordinance.

Section 14.  Notice of Public Hearing.  The City Clerk shall cause notice of the public hearing to be held on APRIL 5, 1996, at 2:00 p.m. at the regular meeting place of the City Council of the City, on the approval of the Facility Lease, Trust Agreement, Assignment Agreement, Preliminary Official Statement, Official Statement and Disclosure Agreement, and the execution and delivery of the Certificates, to be published at least ten (10) days in advance of such public hearing in the San Diego Daily Transcript, a daily newspaper of general circulation, published and circulated in the City of San Diego,

Exhibit 11
114 of 175

as required by Section 99 of the City Charter.

    Section 15.    Notice of Adopting of Ordinance. The City Clerk is hereby directed to cause publication of notice of the adoption of this Ordinance for five (5) consecutive days in the San Diego Daily Transcript, a daily newspaper of general circulation published and circulated in the City/County of San Diego, as required by California Government Code Section 6040.1, within fifteen (15) days from the passage hereof pursuant to California Government Code Section 6547.2.

    Section 16.    Referendum; Effective Date. This Ordinance is subject to the provisions for referendum contained in Section 27.2601 et seq. of the San Diego Municipal Code. Subject to those provisions, this Ordinance shall take effect and be in force thirty (30) days from the date of its adoption and, prior to the expiration of fifteen (15) days from the passage hereof, the City Clerk shall cause this Ordinance to be published at least once in the San Diego Daily Transcript, a daily newspaper of general circulation, published and circulated in the City of San Diego.

    Section 17.    Title Insurance. The City Manager is hereby authorized to make necessary arrangements with an appropriate title insurance company to issue a title insurance bidder with respect to land that may become the subject of the Facility Lease and to execute any agreement required for retention of such title insurance company or companies.

    Section 18.    This Ordinance shall take effect and be in force on the thirtieth day from and after its passage.

APPROVED: JOHN W. WITT, City Attorney

By
    Theresa C. McAteer
    Deputy City Attorney

Exhibit 11
115 of 175

TCM:smf
03/18/96
Or.Dept:Fin.Mgmt.
O-96-142
Form=o.code

Exhibit
116 of 175