# EXHIBIT 15

(O-96-112)

ORDINANCE NUMBER O-18270 (NEW SERIES)

ADOPTED ON MARCH 5, 1996

AN ORDINANCE OF THE COUNCIL OF THE CITY
OF SAN DIEGO REQUESTING THE CONVENTION
CENTER EXPANSION FINANCING AUTHORITY TO
AUTHORIZE AND APPROVE THE ISSUANCE AND
SALE OF THE CONVENTION CENTER EXPANSION
FINANCING AUTHORITY LEASE REVENUE BONDS
SERIES 1996a AND APPROVAL OF CERTAIN
DOCUMENTS AND ACTIONS IN CONNECTION
THEREWITH.

BE IT ORDAINED, by the Council of The City of San Diego, as follows:

Section 1. Request for Authorization and Approval of the 1996A Bonds. The City of San Diego (the "City") hereby requests the Convention Center Expansion Financing Authority (the "Authority"), which will be formed pursuant to a Joint Exercise of Powers Agreement between the City and the San Diego Unified Port District (the "District"), to authorize and approve the issuance and sale of the Convention Center Expansion Financing Authority Lease Revenue Bonds, Series 1996A (the "1996A Bonds"), in an aggregate principal amount not to exceed Two Hundred Five Million Dollars ($205,000,000), said principal amount to be such amount as is necessary to provide funds to fully finance the construction of an expansion to the San Diego Convention Center (the "Expansion Project") as determined by the City and the Authority in consultation with the City's financial advisors.

Section 2. Description of Expansion Project. The Expansion Project to be financed by the issuance and sale of the 1996A Bonds will

Exhibit 15
138 of 175

be located on real property owned by the District. The District has agreed to lease to the Authority the (i) existing Convention Center (the "Existing Center") under the Existing Center Lease, tentatively dated as

of March 5, 1996 (the "Existing Center Lease"), and (ii) Expansion Project, and real property to be developed in connection with the Expansion Project (the "Expansion Site"), under the Expansion Lease, tentatively dated as of March 5, 1996 (the "Expansion Lease"). The Expansion Site and Expanded Project are hereafter collectively referred to as the "Expanded Center." The City has agreed to sublease from the Authority the Expanded Center under the Convention Center Facility Lease, tentatively dated as of March 5, 1996 (the "Facility Lease").

Section 3. Source of Revenue For Payment of the 1996A Bonds. The anticipated source of revenue for payment of the 1996A Bonds hereby authorized is the base rental payments to be made by the City to the Authority under the Facility Lease.

Section 4. Additional Source of Revenue For Payment of the 1996A Bonds. Another source of revenue for payment of the 1996A Bonds will be the support payments to be made by the District to the City under a Support Agreement, tentatively dated as of March 5, 1996 (the "Support Agreement") between the District and the City, under which the District will pay to the City the sum of $4.5 million each year for eighteen (18) years.

Section 5. Authorization and Approval of JPA Agreement. The form and content of the Joint Exercise of Powers Agreement, tentatively dated as of March 5, 1996 (the "JPA Agreement"), between the City and the District creating the Convention Center Expansion Financing Authority (the "JPA Agreement"), a copy of which is before this Council and is on file in the office of the City Clerk as Document No. 00-18270-1, is hereby approved. The City Manager of the City of San Diego ("City Manager") is hereby authorized and directed, for and in the name of and

on behalf of the City, to execute and deliver the JPA Agreement in substantially the form presented to and considered at this meeting, and the Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and as is approved as to form by the City Attorney, and with such other changes that may be required by nationally recognized bond counsel in order to maintain the tax exempt status of the interest with respect to the 1996A Bonds, such approval to be conclusively evidenced by the City Manager's execution and delivery of said JPA Agreement, which form of JPA Agreement is hereby in all respects approved and incorporated by reference and made a part hereof.

Exhibit 15
139 of 175

    Section 6. Authorization and Approval of Facility Lease. The form and content of the Facility Lease, pursuant to which Existing Center and the Expanded Center are subleased to the City, a copy of which is before this Council and is on file in the office of the City Clerk as Document No. 00-18270-2, is hereby approved. The City Manager is hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Facility Lease in substantially the form presented to and considered at this meeting, and the City Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and as is approved as to form by the City Attorney, and with such other changes that may be required by nationally recognized bond counsel in order to maintain the tax exempt status of the interest on the 1996A Bonds, such approval to be conclusively evidenced by the City Manager's execution and delivery of said Facility

Lease, which form of Facility Lease is hereby in all respects approved and incorporated by reference and made a part hereof.
    Section 7. Authorization and Approval of Support Agreement. The form and content of the Support Agreement, pursuant to which the District will pay the sum of $4.5 million per year for eighteen (18) years, as an additional source of revenue for the payment of the 1996A Bonds, a copy of which is before this Council and is on file in the office of the City Clerk as Document No. 00-18270-3, is hereby approved. The City Manager is hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Support Agreement in substantially the form presented to and considered at this meeting, and the City Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and as is approved as to form by the City Attorney, and with such other changes that may be required by nationally recognized bond counsel in order to maintain the tax exempt status of the interest on the 1996A Bonds, such approval to be conclusively evidenced by the City Manager's execution and delivery of said Support Agreement, which form of Support Agreement is hereby in all respects approved and incorporated by reference and made a part hereof.
    Section 8. Authorization and Approval of the Indenture. To provide for the issuance and sale of the 1996A Bonds, the City hereby authorizes and approves of the Authority's execution, delivery and performance of an indenture, tentatively dated as of March 5, 1996 (the "Indenture"), by and between the Authority and the Trustee named therein

Exhibit 15
140 of 175

(the "Trustee"), in substantially the form presented to and considered at this meeting as Exhibit A.

Section 9. Authorization and Approval of Assignment Agreement. The City hereby authorizes and approves of the Authority's execution and delivery of the Assignment Agreement, tentatively dated as of March 5, 1996 (the "Assignment Agreement"), by and between the Authority and Trustee in substantially the form presented to and considered at this meeting as Exhibit B.

Section 10. Authorization and Approval of Existing Center Lease. The City hereby authorizes and approves of the Authority's execution and delivery of the Existing Center Lease, by and between the District and the Authority, in substantially the form presented to and considered at this meeting as Exhibit C.

Section 11. Authorization and Approval of the Expansion Lease. The City hereby authorizes and approves of the Authority's execution and delivery of the Expansion Lease, by and between the District and the Authority, in substantially the form presented to and considered at this meeting as Exhibit D.

Section 12. Sale of the 1996A Bonds--Competitive Bid. It is contemplated that the 1996A Bonds will be sold through a competitive bid process. In the event of a competitive bid, the 1996A Bonds shall bear interest at the rates established by offering the 1996A Bonds at public sale pursuant to the Notice of Intention to Sell Bonds, the Official Notice of Sale and the Official Bid Form (which documents are hereby approved by the City in substantially the forms attached hereto as Exhibits E, F and G, respectively, and with such changes as the City Manager deems to be in the best interests of the City and the

Authority). The City Manager anticipates that he will be directed by the Authority, by way of formal resolution, to cause the publication of the Notice of Intention to Sell Bonds at least fifteen (15) days prior to the sale of the 1996A Bonds. The City Manager, on behalf of the Authority, further anticipates that he will be authorized and directed to solicit the lowest responsible bid for the 1996A Bonds in accordance with the terms of the Official Notice of Sale, and thereafter to accept the bid of the lowest responsible bidder for the 1996A Bonds within seven hours after the opening of the bids, and no later than 5:00 p.m. on the date of sale, as prescribed in the Official Notice of Sale.

Section 13. Sale of the 1996A Bonds--Negotiated Sale. From and after the date hereof, and until the date bids are received, the City Manager is authorized to make a decision regarding the method of sale for the 1996A Bonds that would be in the best interests of the Authority and the City. If, in the judgment of the City Manager, a negotiated sale of the 1996A Bonds would be in the best interests of the Authority

Exhibit 15
141 of 175

or the City, the City Manager shall issue a request for proposal and provide the Authority and the City Council with a recommended underwriter and a proposed form of Purchase Contract with that underwriter.

Section 14. Authorization and Approval of Preliminary and Final Official Statements. The Preliminary Official Statement, a copy of which is before this Council and is on file in the office of the City Clerk as Document No. 00-18270-4, is hereby approved for use in connection with the public offering of the 1996A Bonds, with such changes as may be approved by the City Manager, the City Attorney or the City's financial advisors, which form of preliminary official statement

("Preliminary Official Statement") is hereby in all respects approved and incorporated by reference and made a part hereof. The City Manager is authorized to certify to the underwriters of the 1996A Bonds (the "Underwriters") on behalf of the City that the Preliminary Official Statement is deemed final as of its date within the meaning of Rule 15c2-12 promulgated under the Securities Exchange Act of 1934 (the "Rule") (except for the omission of certain final pricing, rating and related information as permitted by the Rule). The City Manager is authorized to execute and deliver a final official statement relating to the 1996A Bonds (the "Official Statement") in substantially the form of said Preliminary Official Statement, with such additions and changes as the City Manager shall approve as being in the best interests of the City, such approval to be conclusively evidenced by the execution of said Official Statement. The City Manager is authorized and directed to cause the printing and delivery of the Preliminary Official Statement and the Official Statement. The City's financial advisors and the Underwriters are hereby authorized to distribute copies of the Preliminary Official Statement and the Official Statement to prospective purchasers of the 1996A Bonds and all actual purchasers of the 1996A Bonds from the Underwriters acting in such capacity.

Section 15. Authorization and Approval of Continuing Disclosure Agreement. The form and content of the Continuing Disclosure Agreement, tentatively dated as of March 5, 1996 (the "Disclosure Agreement"), by and between the City and the Trustee, pursuant to which the City is obligated to make secondary market disclosure, a copy of which is before this Council and is on file in the office of the City Clerk as Document No. 00-18270-5, is hereby approved. The City Manager of the City is

hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Disclosure Agreement in substantially the form presented to and considered at this meeting, and

Exhibit 15
142 of 175

the City Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and is approved as to form by the City Attorney, such approval to be conclusively evidenced by the City Manager's execution and delivery of said Disclosure Agreement, which form of Disclosure Agreement is hereby in all respects approved and incorporated by reference and made a part hereof.

Section 16. Ratification of Actions. All actions heretofore taken by any officers, employees or agents of the City with respect to the issuance, execution, delivery or sale of the 1996A Bonds, or in connection with or related to any of the agreements or documents referenced herein, are hereby approved, confirmed and ratified.

Section 17. Designated Officer; General Authorization. The City Manager of the City or his designee, any Deputy City Manager of the City, the City Attorney, any Deputy City Attorney, the City Clerk and any Assistant City Clerk of the City (each, a "Designated Officer"), and each of them acting alone or together, are hereby authorized and directed, for and in the name of and on behalf of the City, to take such actions, and to execute such documents and certificates as may be necessary to effectuate the purposes of this Ordinance.

Section 18. Notice of Public Hearing. The City Clerk shall cause notice of the public hearing to be held on March 4, 1996, at 2:00 p.m. at the regular meeting place of the City Council of the City, on the approval of the proposed JPA Agreement, Facility Lease, Existing

Center Lease, Expansion Lease, Support Agreement, Indenture, Assignment Agreement, Preliminary Official Statement, Official Statement and Disclosure Agreement, and the issuance of the 1996A Bonds, to be published at least ten (10) days in advance of such public hearing in the San Diego Daily Transcript, a daily newspaper of general circulation, published and circulated in the City of San Diego, as required by Section 99 of the City Charter.

Section 19. Notice of Adopting of Ordinance. The City Clerk is hereby directed to cause publication of notice of the adoption of this Ordinance for five (5) consecutive days in the San Diego Daily Transcript, a daily newspaper of general circulation published and circulated in the City/County of San Diego, as required by California Government Code Section 6040.1, within fifteen (15) days from the passage hereof pursuant to California Government Code Section 6547.2.

Section 20. Referendum; Effective Date. This Ordinance is subject to the provisions for referendum contained in Section 27.2601 et seq. of the San Diego Municipal Code. Subject to those provisions, this Ordinance shall take effect and be in force thirty (30) days from the date of its adoption and, prior to the expiration of fifteen (15) days

Exhibit 15
143 of 175

from the passage hereof, the City Clerk shall cause this Ordinance to be published at least once in the San Diego Daily Transcript, a daily newspaper of general circulation, published and circulated in the City of San Diego.

Section 21. Title Insurance. The City Manager is hereby authorized to make necessary arrangements with an appropriate title insurance company to issue a title insurance binder with respect to land that may become the subject of the Existing Center Lease and the

Expansion Lease and to execute any agreement required for retention of such title insurance company or companies.

Section 22. This ordinance shall take effect and be in force on the thirtieth day from and after its passage.

APPROVED: JOHN W. WITT, City Attorney

By
    Theresa C. McAteer
    Deputy City Attorney

TCM:pev
02/14/96
Or.Dept:Mgr.
O-96-112
Form=o+t

Exhibit 15
144 of 175

Exhibit 15
145 of 175

(O-96-113)
(Corrected Copy)

ORDINANCE NUMBER O-18271 (NEW SERIES)

ADOPTED ON MARCH 5, 1996

AN ORDINANCE OF THE COUNCIL OF THE CITY
OF SAN DIEGO AUTHORIZING AND APPROVING
THE FIRST AMENDED AND RESTATED
CONVENTION CENTER MANAGEMENT AGREEMENT
BY AND BETWEEN THE SAN DIEGO UNIFIED
PORT DISTRICT AND THE CITY OF SAN DIEGO,
AND APPROVAL OF CERTAIN DOCUMENTS AND
ACTIONS IN CONNECTION WITH THE EXPANSION
OF THE SAN DIEGO CONVENTION CENTER.

BE IT ORDAINED, by the Council of The City of San Diego, as follows:

Section 1. Amendment and Restatement of the Management Agreement. The existing Convention Center (the "Existing Center") is currently operated by the City of San Diego ("City") through the Convention Center Management Agreement between the City and the San Diego Unified Port District ("District"). The City and the District have agreed to amend and restate this contractual relationship between them through the First Amended and Restated Convention Center Management Agreement By And Between the San Diego Unified Port District and the City of San Diego, tentatively dated as of March 5, 1996 (the "1996 Management Agreement").

Section 2. The Expansion Project. The City and District have agreed that the City will construct an Expansion of the Existing Center (the "Expansion Project"), and that thereafter the City will manage both the Existing Center and the expanded Center (the "Expanded Center").

Exhibit 15
146 of 175

The City and District will form a Joint Powers Authority for the purpose of issuing not more than $205,000,000 in lease revenue bonds to finance the construction of the Expansion Project. It is anticipated, however, that the City may require additional sources of funding to complete the Expansion Project.

Section 3. Additional Source of Revenue for Completion of Expansion Project--Hotel Project. The District has agreed to cause to be constructed a hotel upon District property proximate to the site of the Expansion Project, which is anticipated to benefit the City through additional revenues that will be one of the sources used by the City to finance construction of the Expansion Project. The District and City have agreed that, in the event the hotel is not constructed and open for occupancy by January 1, 1999, the District will provide financial assistance through a Purchase Option and Lease Agreement (Hotel Project), tentatively dated as of March 5, 1996 (the "Hotel Option"), by which the District will advance to the City up to $2.25 million; and

further by which, if the hotel is not constructed and open for occupancy by January 1, 2000, the District will advance to the City an additional $2.25 million. All such sums advanced will be secured by the District's purchase of a City property, which will be leased back to the City and which will be returned to the City upon repayment of the advances.

Section 4. Additional Source of Revenue for Completion of Expansion Project. The District has also agreed that, in the event the City's transient occupancy tax revenues do not increase for a period of two consecutive years between 1996 and 2010, the District will provide additional financial assistance through a Purchase Option and Lease Agreement (Convention Center Project), tentatively dated as of March 5, 1996 (the "Project Option"), by which the District will advance to the City up to $5.5 million, to be secured by the District's purchase of a City property, which will be leased back to the City and which will be returned to the City upon repayment of the advance.

Section 5. Authorization and Approval of 1996 Management Agreement. The form and content of the 1996 Management Agreement between the City and the District, whereby the City will manage, operate and maintain the Existing Center and Expanded Center, a copy of which is before this Council and is on file in the office of the City Clerk as Document No. 00-18271-1, is hereby approved. The City Manager of the City of San Diego ("City Manager") is hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the 1996 Management Agreement in substantially the form presented to and considered at this meeting, and the Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and as

Exhibit 15
147 of 175

is approved as to form by the City Attorney, such approval to be

conclusively evidenced by the City Manager's execution and delivery of said 1996 Management Agreement, which form of 1996 Management Agreement is hereby in all respects approved and incorporated by reference and made a part hereof.

Section 6. Authorization and Approval of Hotel Option and Project Option. The form and content of the Hotel Option and Project Option contracts, pursuant to which the District will advance additional sums to the City, as additional sources of revenue for completion of the Expansion Project, copies of which are before this Council and are on file in the office of the City Clerk as Document No. 00-18271-2 and Document No. 00-18271-3, respectively, are hereby approved. The City Manager is hereby authorized and directed, for and in the name of and on behalf of the City, to execute and deliver the Hotel Option and Project Option contracts in substantially the form presented to and considered at this meeting, and the City Clerk of the City is authorized to attest thereto, with such additions and changes therein as the City Manager shall approve as being in the best interests of the City, and as is approved as to form by the City Attorney, such approval to be conclusively evidenced by the City Manager's execution and delivery of said Hotel Option and Project Option contracts, which form of Hotel Option and Project Option contracts are hereby in all respects approved and incorporated by reference and made a part hereof.

Section 7. Letter Agreement between City Manager and Port Director. In addition to the foregoing Agreements, the City manager is hereby authorized and directed to submit a letter, in substantially the form and content as is attached to this Ordinance as Exhibit "A" (the "Manager's Letter"), to the Port Director of the District with respect to the development of the old Police Headquarters and Lane Field.

Section 8. Designated Officer; General Authorization. The City Manager or his designee, any Deputy City Manager, the City Attorney, any Deputy City Attorney, the City Clerk and any Assistant City Clerk (each, a "Designated Officer"), and each of them acting alone or together, are hereby authorized and directed, for and in the name of and on behalf of the City, to take such actions, and to execute such documents and certificates as may be necessary to effectuate the purposes of this Ordinance.

Section 9. Notice of Public Hearing. The City Clerk shall cause notice of the public hearing to be held on March 4, 1996, at 2:00 p.m. at the regular meeting place of the City Council of the City, on the approval of the proposed 1996 Management Agreement, the Purchase

Exhibit 15
148 of 175

Option and Lease Agreement (Hotel Project), the Purchase Option and Lease Agreement (Convention Center Project) and the Manager's Letter, to be published at least ten (10) days in advance of such public hearing in the San Diego Daily Transcript, a daily newspaper of general circulation, published and circulated in the City of San Diego, as required by Section 99 of the City Charter.

Section 10. Notice of Adopting of Ordinance. The City Clerk is hereby directed to cause publication of notice of the adoption of this Ordinance for five (5) consecutive days in the San Diego Daily Transcript, a daily newspaper of general circulation published and circulated in the City/County of San Diego, as required by California Government Code Section 6040.1, within fifteen (15) days from the passage hereof pursuant to California Government Code Section 6547.2.

Section 11. Referendum; Effective Date. This Ordinance is subject to the provisions for referendum contained in Section 27.2601 et seq. of the San Diego Municipal Code. Subject to those provisions, this Ordinance shall take effect and be in force thirty (30) days from the date of its adoption and, prior to the expiration of fifteen (15) days from the passage hereof, the City Clerk shall cause this Ordinance to be published at least once in the San Diego Daily Transcript, a daily newspaper of general circulation, published and circulated in the City of San Diego.

Section 12. Title Insurance. The City Manager is hereby authorized to make necessary arrangements with an appropriate title insurance company to issue a title insurance binder with respect to land that may become the subject of the Hotel Option Lease or the Project Option Lease and to execute any agreement required for retention of such title insurance company or companies.

Section 13. This ordinance shall take effect and be in force on the thirtieth day from and after its passage.

APPROVED: JOHN W. WITT, City Attorney

By
    Theresa C. McAteer

Exhibit 15
149 of 175

Deputy City Attorney

TCM:pev
02/14/96
02/14/96 Corrected Copy
Or.Dept:Mgr.
O-96-113
Form=o+t

Exhibit 15
150 of 175

Exhibit 15
151 of 175

(R-98-1318)

RESOLUTION NUMBER R-290289

ADOPTED ON JUNE 19, 1998

WHEREAS, on June 21, 1994, the City of San Diego ("City") and the San Diego Unified Port District ("Port") entered into a Memorandum of Understanding (a copy of which is on file in the Office of the City Clerk as Document No. RR-284126) by which the City and the Port agreed to finance and construct an expansion to the San Diego Convention Center (the "Project"); and

WHEREAS, on April 11, 1995, by Ordinance No. O-18170, the Project was first added to the Capital Improvement Program ("C.I.P.") in the City's annual budget; and

WHEREAS, on February 20, 1996, the City Council ("Council"), by Resolution No. R-286956, approved and authorized the City Manager to enter into a contract, the form of which is on file in the Office of the city Clerk as Document No. RR-286956-2, to establish the design and construction of the Project with Golden Turner; and

WHEREAS, on March 5, 1996, by Ordinance Nos. O-18270 and O-18271, the Council approved the financing leases and other documentation which: (1) fixed the method for financing the Project by the issuance of Lease Revenue Bonds ("Bonds"), including the formation of the Convention Center Expansion Financing Authority ("CCEFA"), a joint powers authority created and existing pursuant to state law and empowered to issue the Bonds, and (2) provided for the means by which the City and the Port would manage and operate the expanded Convention Center for the life of the Bonds; and

WHEREAS, pursuant to the above referenced authorization the CCEFA was formed, and in May of 1996 approved all of the agreements and documents necessary to carry out the financing of the Project, and adopted a budget of $194.8 million for the Project; and

-PAGE 1 OF 4-

Exhibit 15
152 of 175

WHEREAS, on March 18,1997, by Ordinance No. O-18391, Council adopted a Project budget of $207.1 million, and on March 17,1997, by Resolution No. R-288454 authorized the City Manager to execute any agreements, and take all actions necessary and appropriate to increase the total expenditures for the Project to account for costs that, as certified by the City Manager, have increased due to the delay engendered by litigation, provided, that such agreements or actions do not increase the scope of the Project, or do not cause the total expenditures for the Project to exceed the Project budget, and provided that the City Auditor furnishes certificates demonstrating that the funds are, or will be, on deposit in the City Treasury; and

WHEREAS, the time within which to file a referendum petition on any of the Council actions related to the Project has now passed; and

WHEREAS, on May 5, 1996, Richard Rider and other individuals (collectively, "Rider") filed a lawsuit (the "litigation") challenging the validity of the financing for the Project; and

WHEREAS, the validity of the financing has been upheld in the litigation by the San Diego Superior Court and the Fourth District Court of Appeal, and is now under review by the California Supreme Court; and

WHEREAS, a decision from the California Supreme Court which will allow the Project to proceed is anticipated; and

WHEREAS, the litigation has delayed performance under the agreements and documents already authorized, and set forth above, thus increasing the costs of fulfilling the agreements and completing the Project as approved by millions of dollars, including, but not limited to, the cost of structural steel; and

WHEREAS, to allow the Project to proceed and to minimize the escalation of costs due to the litigation delay, the City Council on November 25, 1997 adopted Ordinance No. O-18443, approving an alternative financing method using Certificates of Participation (the Certificates); and

WHEREAS, Ordinance No. 18443 has been subject to a vote of the electorate, by virtue of a referendary petition; and

WHEREAS, the City has retained the discretion to use either Bonds or the Certificates to finance the Convention Center Expansion, depending on the outcome of the *Rider* case at the California Supreme Court; NOW, THEREFORE,

BE IT RESOLVED, by the Council of The City of San Diego, that the City Manager be and he is hereby authorized to enter into a Phase VIII Interim Agreement with Golden Turner, the form of which is on file in the office of the City Clerk as Document No. RR- 290289, to permit Golden Turner to re-mobilize staff and re-establish the job-site office, demolish the USO building, work on the preliminary utility relocation bid package, begin preparation of bid packages, and perform other tasks necessary and related to the Expansion, which Interim Agreement shall be in the amount of $552,700, subject to certification of the City Auditor and Comptroller that appropriate funding is available.

BE IT FURTHER RESOLVED, that City Auditor and Comptroller is hereby authorized to appropriate and expend, from the Convention Center Expansion Fund 102212, an amount up to $552,700, as may be required for interim funding of the Golden Turner Phase VIII Interim Agreement, with the intent that such interim funding may be reimbursed from future Project funding sources, such as bond proceeds and Port District Contribution.

BE IT FURTHER RESOLVED, that the City Manager is hereby authorized to utilize, if necessary and subject to certification of availability of funds by City Auditor and Comptroller, $3,000,000 from the Owner's Contingency to fund actual hard construction costs, prior to incorporating deductive alternatives into the Project.

APPROVED: CASEY GWINN, City Attorney


By
    Deborah L. Berger
    Deputy City Attorney

TCM:DLB:rc:pev
6/1/98
Or.Dept:Mgr.
R-98-1318
Form=auagr.frm

-PAGE 4 OF 4-

Exhibit 15
155 of 175