# EXHIBIT 17

ANNUAL REPORT FOR THE FISCAL YEAR ENDED JUNE 30, 2002
RELATING TO

$33,430,000
CITY OF SAN DIEGO, CALIFORNIA
Certificates of Participation
(Balboa Park and Mission Bay Park Capital Improvements Program)
Series 1996A
(CUSIP Number 797260)

$11,720,000
CITY OF SAN DIEGO, CALIFORNIA
Refunding Certificates of Participation
(Balboa Park and Mission Bay Park Capital Improvements Program, Series 1991)
Series 1996B
(CUSIP Number 797260)

$68,425,000
PUBLIC FACILITIES FINANCING AUTHORITY OF THE CITY OF SAN DIEGO
Taxable Lease Revenue Bonds, Series 1996A
(San Diego Jack Murphy Stadium)
(CUSIP Number 797299)

$25,070,000
PUBLIC FACILITIES FINANCING AUTHORITY OF THE CITY OF SAN DIEGO
Lease Revenue Bonds, Series 2002B
(Fire and Life Safety Facilities Project)
(CUSIP Number 797299)

This Annual Report is being provided by the City of San Diego (the "City") on behalf of itself and on behalf of the San Diego Facilities and Equipment Leasing Corporation (the "Corporation") and the Public Facilities Financing Authority of the City of San Diego (the "Authority") for the above stated issuances pursuant to Continuing Disclosure Agreement requirements and in compliance with Securities and Exchange Commission Rule 15c2-12 for the fiscal year ended June 30, 2002.

This Annual Report, including any amendment or supplement hereto, is intended to be deposited by the City with each of the Nationally Recognized Municipal Securities Information Repositories (the "NRMSIRs"), approved by the Securities and Exchange Commission, set forth in Exhibit A.

This Annual Report is provided solely for purposes of the Continuing Disclosure Agreement for each of the above stated issuances. The filing of this Annual Report does not constitute or imply any representation (i) that all of the information provided is material to investors, (ii) regarding any other financial, operating or other information about the City, the Corporation, the Authority, or the above stated issuances (iii) that no changes, circumstances or events have occurred since the end of the fiscal year to which this Annual Report relates (other than as contained in this Annual Report), or any other date specified with respect to any of the information contained in this Annual Report, or that no other information exists, which may have a bearing on the security for the above stated issuances or an investor's decision to buy, sell or

Page 1 of Introduction

048967

Exhibit 17
167 of 175

DADISC066940

hold the above stated issuances. The information contained in this Annual Report has been obtained from sources which are believed to be reliable. No statement in this Annual Report should be construed as a prediction or representation about future financial performance of the City, the Corporation, or the Authority.

The City is acting as the Dissemination Agent for each of the above stated issuances. The City does not have any obligation to update this report other than as expressly provided in the Continuing Disclosure Agreement for each of the above stated issuances.

Any statements regarding the above stated issuances, other than a statement made by the City in an official release or subsequent notice or annual report, published in a financial newspaper of general circulation and/or filed with the Municipal Securities Rulemaking Board or the NRMSIRs, are not authorized by the City. The City shall not be responsible for the accuracy, completeness or fairness of any such unauthorized statement.

DATED: April ___, 2003

CITY OF SAN DIEGO

By: _____
MARY E. VATTIMO
City Treasurer

Distribution:   Ambac Assurance Corporation
BNY Western Trust Company
MBIA Insurance Corporation
Nationally Recognized Municipal Securities Information Repositories
Wells Fargo Bank, National Association

EXHIBIT A

Nationally Recognized Municipal Securities Information Repositories approved by the Securities and Exchange Commission:

**Bloomberg Municipal Repository**
100 Business Park Drive
Skillman, NJ 08558
Email: Munis@Bloomberg.com
Phone: (609) 279-3225
FAX: (609) 279-5962

**FT Interactive Data**
Attn: NRMSIR
100 William Street
New York, NY 10038
Email: NRMSIR@FTID.com
Phone: (212) 771-6999
FAX: (212) 771-7390

**Standard & Poor's J. J. Kenny Repository**
55 Water Street, 45th Floor
New York, NY 10041
Email: nrmsir_repository@sandp.com
Phone: (212) 438-4595
FAX: (212) 438-3975

**DPC Data, Inc.**
One Executive Drive
Fort Lee, NJ 07024
Email: nrmsir@dpcdata.com
Phone: (201) 346-0701
FAX: (201) 947-0107

048969

DADISC066942

Exhibit 117
169 of 175