# EXHIBIT 18

ANNUAL REPORT FOR THE FISCAL YEAR ENDED JUNE 30, 2002
RELATING TO

$205,000,000
Convention Center Expansion Financing Authority
Lease Revenue Bonds, Series 1998A
(City of San Diego, California, as Lessee)

(CUSIP Number 79727L)

This Annual Report is being provided by the City of San Diego (the "City") on behalf of itself and the Convention Center Expansion Financing Authority (the "Authority") for the above stated issuance, pursuant to Continuing Disclosure Agreement requirements and in compliance with Securities and Exchange Commission Rule 15c2-12 for the fiscal year ended June 30, 2002.

This Annual Report, including any amendment or supplement hereto, is intended to be deposited by the City with each of the Nationally Recognized Municipal Securities Information Repositories (the "NRMSIRs"), approved by the Securities and Exchange Commission, set forth in Exhibit A.

This Annual Report is provided solely for purposes of the Continuing Disclosure Agreement for the above stated issuance. The filing of this Annual Report does not constitute or imply any representation (i) that all of the information provided is material to investors, (ii) regarding any other financial, operating or other information about the City, the Authority, or the above stated issuance (iii) that no changes, circumstances or events have occurred since the end of the fiscal year to which this Annual Report relates (other than as contained in this Annual Report), or any other date specified with respect to any of the information contained in this Annual Report, or that no other information exists, which may have a bearing on the security for the above stated issuance or an investor's decision to buy, sell or hold the above stated issuance. The information contained in this Annual Report has been obtained from sources which are believed to be reliable. No statement in this Annual Report should be construed as a prediction or representation about future financial performance of the City, or of the Authority.

The City is acting as the Dissemination Agent for this Annual Report. The City does not have any obligation to update this report other than as expressly provided in the Continuing Disclosure Agreement.

Any statements regarding the above stated issuance, other than a statement made by the City in an official release or subsequent notice or annual report, published in a financial newspaper of

general circulation and/or filed with the Municipal Securities Rulemaking Board or the NRMSIRs, are not authorized by the City. The City shall not be responsible for the accuracy, completeness or fairness of any such unauthorized statement.

DATED:   April __8__, 2003

CITY OF SAN DIEGO

By: _____
MARY E. VATTIMO
City Treasurer

Distribution:   Ambac Assurance Corporation
BNY Western Trust Company
Nationally Recognized Municipal Securities Information Repositories

EXHIBIT A

Nationally Recognized Municipal Securities Information Repositories approved by the Securities and Exchange Commission.

**Bloomberg Municipal Repository**
100 Business Park Drive
Skillman, NJ 08558
Email: Munis@Bloomberg.com
Phone: (609) 279-3225
FAX: (609) 279-5962

**FT Interactive Data**
Attn: NRMSIR
100 William Street
New York, NY 10038
Email: NRMSIR@FTID.com
Phone: (212) 771-6999
FAX: (212) 771-7390

**Standard & Poor's J. J. Kenny Repository**
55 Water Street, 45th Floor
New York, NY 10041
Email: nrmsir_repository@sandp.com
Phone: (212) 438-4595
FAX: (212) 438-3975

**DPC Data, Inc.**
One Executive Drive
Fort Lee, NJ 07024
Email: nrmsir@dpcdata.com
Phone: (201) 346-0701
FAX: (201) 947-0107

048965

Exhibit 18
172 of 175

DADISC066938