# EXHIBIT 19

ANNUAL REPORT FOR THE FISCAL YEAR ENDED JUNE 30, 2002
RELATING TO

$169,685,000
Public Facilities Financing Authority
Of The City of San Diego
Lease Revenue Bonds, Series 2002 (Ballpark Project)

(CUSIP Number 797299)

   This Annual Report is being provided by the City of San Diego (the "City") on behalf of itself and on behalf of the Public Facilities Financing Authority (the "Authority") for the above stated issuance, pursuant to Continuing Disclosure Agreement requirements and in compliance with Securities and Exchange Commission Rule 15c2-12 for the fiscal year ended June 30, 2002.

   This Annual Report is intended to be deposited by the City with each of the Nationally Recognized Municipal Securities Information Repositories (the "NRMSIRs"), approved by the Securities and Exchange Commission, set forth in the Disclosure Agreement.

   This Annual Report is provided solely for purposes of the Disclosure Agreement. The filing of this Annual Report does not constitute or imply any representation (i) that all of the information provided is material to investors, (ii) regarding any other financial, operating or other information about the City, or the above stated issuance, (iii) that no changes, circumstances or events have occurred since the end of the fiscal year to which this Annual Report relates (other than as contained in this Annual Report), or any other date specified with respect to any of the information contained in this Annual Report, or that no other information exists, which may have a bearing on the security for the above stated issuance or an investor's decision to buy, sell or hold the above stated issuance. The information contained in this Annual Report has been obtained from sources which are believed to be reliable. No statement in this Annual Report should be construed as a prediction or representation about future financial performance of the City or of the Authority.

   The City is acting as the Dissemination Agent for this Annual Report. The City does not have any obligation to update this report other than as expressly provided in the Disclosure Agreement.

   Any statements regarding the above stated issuance, other than a statement made by the City in an official release or subsequent notice or annual report, published in a financial newspaper of general circulation and/or filed with the Municipal Securities Rulemaking Board or the NRMSIRs, are not authorized by the City. The City shall not be responsible for the accuracy, completeness or fairness of any such unauthorized statement.

Page 1 of Introduction

048971

Exhibit 19
173 of 175

DADISC066944

DATED: April 8, 2003

                CITY OF SAN DIEGO

                By: _____
                     MARY E. VATTIMO
                     City Treasurer

Distribution:   Nationally Recognized Municipal Securities Information Repositories
                 Wells Fargo Bank, National Association
                 Ambac Assurance Corporation
                 Merrill Lynch & Company

EXHIBIT A

Nationally Recognized Municipal Securities Information Repositories approved by the Securities and Exchange Commission.

**Bloomberg Municipal Repository**
100 Business Park Drive
Skillman, NJ 08558
Email: Munis@Bloomberg.com
Phone: (609) 279-3225
FAX: (609) 279-5962

**FT Interactive Data**
Attn: NRMSIR
100 William Street
New York, NY 10038
Email: NRMSIR@FTID.com
Phone: (212) 771-6999
FAX: (212) 771-7390

**Standard & Poor's J. J. Kenny Repository**
55 Water Street, 45th Floor
New York, NY 10041
Email: nrmsir_repository@sandp.com
Phone: (212) 438-4595
FAX: (212) 438-3975

**DPC Data, Inc.**
One Executive Drive
Fort Lee, NJ 07024
Email: nrmsir@dpcdata.com
Phone: (201) 346-0701
FAX: (201) 947-0107

048973

DADISC066946

Exhibit 19
175 of 175