David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone (619) 235-2100
Facsimile  (619) 235-2101

Specially Appearing for Defendant
MARY E. VATTIMO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO,<br><br>　　　　Defendant. | Case No. 08-CV-0625 DMS (LSP)<br><br>**PROOF OF SERVICE** |

<u>SEC. Uberuaga, et al.</u>
Case No. 08-CV-0625 DMS (LSP)

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1600, San Diego, California 92101-8474.

On September 8, 2008, I served the within documents:

1. **NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT;**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT MARY VATTIMO'S MOTION TO DISMISS;**
3. **NOTICE OF LODGMENT IN SUPPORT OF DEFENDANT MARY E. VATTIMO'S MOTION TO DISMISS THE COMPLAINT**

☐ by EFC, by causing a true and correct copy hereof to be transmitted to the parties listed above via the CASD ECF system as registered recipients as follows:

☐ by placing the document(s) listed above in a sealed envelope via Federal Express Service at San Diego, California addressed as set forth below.

X  by placing the document(s) listed above in a sealed envelope via United States Postal Service at San Diego, California addressed as set forth below.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by transmitting the document(s) listed above via electronic transmission to the addressee(s) as set forth below from electronic notification address sfrost@hahnadema.com. The transmission was reported completed without error.

| | | |
|---|---|---|
| John M. McCoy III<br>David J. Van Havermaat<br>Kelly Bowers<br>Alka N. Patel<br>Catherine W. Brilliant<br>Securities and Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA  90036 | Tel:   323.965.3998<br>Tax:  323.965.3908<br><br>mccoyj@sec.gov<br>vanhavermaatd@sec.gov<br>bowersk@sec.gov<br>patelal@sec.gov<br>brilliantc@sec.gov | Attorneys for Plaintiffs |
| Robert S. Brewer, Jr.<br>Robert J. Lauchlan, Jr.<br>Gary K. Brucker<br>McKenna Long & Aldridge LLP<br>750 B Street, Suite 3300<br>San Diego, CA  92101 | Tel:  619.595.5400<br>Fax: 619.595.5450<br><br>rbrewer@mckennalong.com<br>rlauchlan@mckennalong.com<br>gbrucker@mckennalong.com | Attorneys for Defendant Michael T. Uberuaga |

| | | |
|---|---|---|
| Frank T. Vecchione<br>105 West F Street, Suite 214<br>San Diego, CA 92101 | Tel:  619.231.3653<br>Fax:  619.239.0056<br><br>ftvlaw@aol.com | Attorney for<br>Defendant<br>Teresa A.<br>Webster |
| Thomas W. McNamara<br>La Bella & McNamara. LLP<br>401 West A Street, Suite 1150<br>San Diego, CA 92101 | Tel:  619.696.9200<br>Fax:  619.696.9269<br><br>tmcnamara@labellamcnamara.com | Attorneys for<br>Defendant<br>Patricia Frazier |
| Frank J. Ragen<br>105 West F Street, Suite 214<br>San Diego, CA 92101 | Tel:  619.231.4330<br>Fax:  619.239.0056<br><br>fragen@aol.com | Attorney for<br>Defendant<br>Edward P. Ryan |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on September 8, 2008, at San Diego, California.

I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

*Susan Frost*
Susan Frost

SEC. v. Uberuaga
PROOF OF SERVICE

Case No. 08-CV-0625 DMS (LSP)