ROBERT S. BREWER, JR. (SBN 65294)
E-mail: rbrewer@mckennalong.com
ROBERT J. LAUCHLAN, JR. (SBN 118545)
E-mail: rlauchlan@mckennalong.com
GARY K. BRUCKER, JR. (SBN 238644)
E-mail: gbrucker@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone:   (619) 595-5400
Facsimile:   (619) 595-5450

Attorneys for Defendant
MICHAEL T. UBERUAGA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>          Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**DEFENDANT MICHAEL T. UBERUAGA'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Date:   November 7, 2008<br>Time:   1:30 p.m.<br>Judge:  Hon. Dana M. Sabraw<br>Ctrm:   10 |

///

///

///

///

///

///

///

///

///

///

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 08-CV-0625-DMS (LSP)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 7, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10 of the above-entitled Court before the Honorable Dana M. Sabraw, located at 880 Front Street, San Diego, CA, 92101, defendant Michael T. Uberuaga, by and through his undersigned counsel, will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the First and Second claims for relief from plaintiff Securities and Exchange Commission's ("SEC") initial complaint filed on April 7, 2008 (the "Complaint").

This Motion is made on the following grounds:

1. <u>First Claim for Relief Under Section 17(a) of the Securities Act of 1933</u>: based on the allegations contained within the Complaint itself, as well as judicially noticeable documents, the SEC's first claim for relief fails to state a cause of action because: (1) the one alleged wrongful act of Mr. Uberuaga, as any purported act of his in connection with the one City of San Diego ("City") security at issue, is protected by absolute legislative immunity; (2) the Complaint is fatally flawed at the outset for lack of alleged materiality; and (3) the Complaint fails to allege, and lacks any basis to assert, that Mr. Uberuaga's own conduct had a deceptive purpose and effect, and contributed to a device, scheme, or artifice to defraud, or a transaction, act, practice, or course of business which operated or would operate as a fraud or deceit upon other persons.

2. <u>Second Claim for Relief Under Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 Thereunder</u>: based on the allegations contained within the Complaint itself, as well as judicially noticeable documents, the SEC's second claim for relief fails to state a cause of action because: (1) the one alleged wrongful act of Mr. Uberuaga, as any purported act of his in connection with the one City security at issue, is protected by absolute legislative immunity; (2) the Complaint is fatally flawed at the outset for lack of alleged materiality; and (3) the Complaint fails to allege, and lacks any basis to assert, that

1 |     Mr. Uberuaga's own conduct had a deceptive purpose and effect, and contributed to a device, scheme, or artifice to defraud, or a transaction, act, practice, or course of business which operated or would operate as a fraud or deceit upon other persons.

    This Motion is based upon this notice of motion and motion; the concurrently-filed Memorandum of Points and Authorities, the Request for Judicial Notice and exhibits thereto, and the declaration of Nancy Scott; the Complaint; and on such oral and documentary evidence as may be presented at or before the time of the hearing on the Motion.

Dated: September 8, 2008    Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

_____s/Robert S. Brewer_____
ROBERT S. BREWER, JR.
ROBERT J. LAUCHLAN, JR.
GARY K. BRUCKER, JR.

Attorneys for Defendant MICHAEL T. UBERUAGA
E-mail: rbrewer@mckennalong.com

SD:22166709.3