1  ROBERT S. BREWER, JR. (SBN 65294)
   E-mail: rbrewer@mckennalong.com
2  ROBERT J. LAUCHLAN, JR. (SBN 118545)
   E-mail: rlauchlan@mckennalong.com
3  GARY K. BRUCKER, JR. (SBN 238644)
   E-mail: gbrucker@mckennalong.com
4  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
5  San Diego, CA 92101
   Telephone:    (619) 595-5400
6  Facsimile:    (619) 595-5450

7  Attorneys for Defendant
   MICHAEL T. UBERUAGA
8

9              UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11

12  SECURITIES AND EXCHANGE              CASE NO.  08-CV-0625-DMS (LSP)
    COMMISSION,
13                                       **CERTIFICATE OF SERVICE**
                    Plaintiff,
14
          vs.
15
    MICHAEL T. UBERUAGA, EDWARD P.
16  RYAN, PATRICIA FRAZIER, TERESA A.
    WEBSTER, and MARY E. VATTIMO,
17
                    Defendants.
18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  SECURITIES AND EXCHANGE COMMISSION v. MICHAEL T. UBERUAGA, ET AL.
   United States District Court Case No. 08-CV-0625 DMS (LSP)
2

3                         **CERTIFICATE OF SERVICE**

4          I, Jamie L. Hornsby, certify that I caused to be served upon the following counsel and

5  parties of record a copy of the following document(s):

6          ▪    **DEFENDANT MICHAEL T. UBERUAGA'S NOTICE OF MOTION AND**
                **MOTION TO DISMISS THE COMPLAINT;**
7

8          ▪    **DEFENDANT MICHAEL T. UBERUAGA'S MEMORANDUM OF POINTS**
                **AND AUTHORITIES IN SUPPORT OF HIS MOTION TO DISMISS THE**
                **COMPLAINT;**
9

10         ▪    **DECLARATION OF NANCY SCOTT IN SUPPORT OF MICHAEL T.**
                **UBERUAGA'S MOTION TO DISMISS THE COMPLAINT; and**

11         ▪    **DEFENDANT MICHAEL T. UBERUAGA'S REQUEST FOR JUDICIAL**
                **NOTICE IN SUPPORT OF HIS MOTION TO DISMISS**
12

13  ☒  was served upon all counsel of record as indicated/listed on the United States District Court,

14  Southern District of California's CM/ECF registered email list in the above-referenced matter (as

15  set forth below):

16         David J. Van Havermaat, Esq.                      *Attorneys for Plaintiff*
           Securities and Exchange Commission                *Securities and Exchange*
17         5670 Wilshire Boulevard, 11th Floor               *Commission*
           Los Angeles, California 90036
18         Tel:  (323) 965-3998 / Fax:  (323) 965-3908
19         E-mail:  vanhavermaatd@sec.gov

20  ☒  The following non-CM/ECF participants were served via personal service, overnight mail

21  (via UPS Overnight), facsimile, first class mail or e-mail, as set forth below:

22         David Hahn, Esq.                                  *Attorneys for Defendant*
           Hahn & Adema                                      *Mary E. Vattimo*
23         501 West Broadway, Suite 1600
24         San Diego, CA 92101
           Tel:  (619) 235-2100 / Fax:  (619) 235-2101
25         E-mail:  dhahn@hahnadema.com

26         **VIA E-MAIL**

27  ///

28  ///

1

2

3
Frank T. Vecchione, Esq.
105 W. F Street, Suite 215
San Diego, CA 92101
Tel:  (619) 231-3653
E-mail:  FTVLAW@aol.com

*Attorneys for Defendant*
*Teresa A. Webster*

4

**VIA E-MAIL**

5

6

7

8

9
Thomas W. McNamara, Esq.
La Bella & McNamara, LLP
401 West A Street, Suite 1150
San Diego, CA 92101
Tel:  (619) 696-9200 / Fax:  (619) 696-9269
E-mail:  tmcnamara@labellamcnamara.com

*Attorneys for Defendant*
*Patricia Frazier*

10

**VIA E-MAIL**

11

12

13
Frank J. Ragen, Esq.
105 West F Street, Suite 215
San Diego, CA 92101
Tel:  (619) 231-4330
E-mail:  fjragen@aol.com

*Attorneys for Defendant*
*Edward P. Ryan*

14

**VIA E-MAIL**

15

16         I declare under penalty of perjury that the foregoing is true and correct, and that I am

17   employed in the office of a member of the bar of this Court at whose direction the service was

18   made.  Executed this 8th day of September, 2008, at San Diego, California.

19

20                                             Jamie L. Hornsby

21   SD:22167957.1

22

23

24

25

26

27

28