

LA BELLA & MCNAMARA LLP
THOMAS W. MCNAMARA (SBN 127280)
CHRYSTA L. ELLIOTT (SBN 253298)
401 West "A" Street, Suite 1150
San Diego, California 92101
Telephone: (619) 696-9200
Facsimile: (619) 696-9269

Attorneys *Specially Appearing* For Defendant Patricia Frazier

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO<br><br>Defendants. | Case No.: 08-CV-0625-DMS (LSP)<br><br>**DEFENDANT PATRICIA FRAZIER'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Date: November 7, 2008<br>Time: 1:30 p.m.<br>Judge: Hon. Dana M. Sabraw<br>Ctrm: 10, 2nd Floor |

**TO THE HONORABLE DANA M. SABRAW, UNITED STATES DISTRICT JUDGE, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT Defendant PATRICIA FRAZIER hereby files this Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). A hearing on the motion will be held on November 7, 2008 at 1:30 p.m. in Courtroom 10 of the above-entitled court located at 940 Front Street, San Diego, California 92101-8900.

///

///

///

///

1    The motion is based upon this Notice of Motion, the Memorandum of Points and

2  Authorities, the Request for Judicial Notice, the pleadings and records already on file with

3  the Court in this case, and any and all matters addressed at oral argument on this motion.

4

5  Dated: September 8, 2008              La BELLA & McNAMARA, LLP

6

7                                  By:  /S/ Thomas W. McNamara          .
                                        Thomas W. McNamara
8                                       Chrysta L. Elliott
                                        Attorneys *Specially Appearing* for Defendant Patricia
9                                       Frazier

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

*Securities and Exchange Commission  v. Michael T. Uberuaga, et al.*
United States District Court of the Southern District of California
Case Number:  08-CV-0625 DMS (LSP)

I, Allison M. Myers, declare as follows:

      I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 401 West "A" Street, Suite 1150, San Diego, California 92101.

      On September 8, 2008, I served the foregoing document(s) described as:

- **DEFENDANT PATRICIA FRAZIER'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**

- **DEFENDANT PATRICIA FRAZIER'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HER MOTION TO DISMISS THE COMPLAINT**

- **DEFENDANT PATRICIA FRAZIER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| David J. Van Havermaat, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, California 90036<br>Tel:  (323) 965-3998<br>Fax:  (323) 965-3908<br>Email: vanhavermaatd@sec.gov | ***Attorneys for Plaintiff***<br>***Securities and Exchange Commission*** |
| Robert S. Brewer, Jr.<br>McKenna Long & Aldridge, LLP<br>750 B Street, Suite 2200<br>San Diego, CA 92101<br>Tel:  (619) 595-5400<br>Fax: (619) 595-5450<br>E-mail:  rbrewer@mckennalong.com | ***Attorneys for Defendant***<br>***Michael T. Uberuaga*** |

32361

1

| | |
|---|---|
| Frank J. Ragen, Esq.<br>105 West F Street, Suite 215<br>San Diego, CA 92101<br>Tel: (619) 231-4330<br>Email: fjragen@aol.com | ***Attorneys for Defendant***<br>***Edward P. Ryan*** |
| Frank T. Vecchione, Esq.<br>105 W. F Street, Suite 215<br>San Diego, CA 92101<br>Tel: (619) 231-3653<br>Email: FTVLAW@aol.com | ***Attorneys for Defendant***<br>***Teresa A. Webster*** |
| David Hahn, Esq.<br>Hahn & Adema<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Tel: (619) 235-2100/Fax:  (619) 235-2101<br>Email: dhahn@hahnadema.com | ***Attorneys for Defendant***<br>***Mary E. Vattimo*** |

☒ **BY EMAIL/ ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

☐ **BY FIRST CLASS MAIL** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with United States postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with Overnite Express and Federal Express.  Under that practice, it would be deposited with Overnite Express and/or Federal Express on that same day thereon fully prepaid at San Diego California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY FACSIMILE** Based on agreement of the parties to accept service by fax transmission, I faxed the documents on this date to the person(s) at the fax numbers listed.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which I

32361

2

PROOF OF SERVICE

1    printed out, is attached.

2    ☐   **BY PERSONAL SERVICE** I served the documents by placing them in an envelope or

3   package addressed to the person(s) at the addresses listed and providing them to a professional

4   messenger service for service on this date.

5    ☐ (STATE) I declare under penalty of perjury under the laws of the State of California that

6   the above is true and correct.

7    ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this

8   court at whose direction the service was made.

9      Executed September 8, 2008, in San Diego, California.

10

11           /s/ _Allison M. Myers_

12           Allison M. Myers

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

32361

PROOF OF SERVICE