**FRANK T. VECCHIONE**
Attorney at Law
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone:  (619) 231-3653
Facsimile: (619) 239-0056
Email: ftvlaw@aol.com
CA State Bar: 054730

Appearing specially for Defendant,
**TERESA A. WEBSTER**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Dana M. Sabraw)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO, )<br><br>Defendants. )<br>_____ ) | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**DEFENDANT TERESA A. WEBSTER'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br><br><br><br><br>**Date: November 7, 2008**<br>**Time:1:30 p.m.** |

**TO:    ALL PARTIES AND THEIR COUNSEL OF  RECORD:**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 7, 2008, at 1:30 p.m., and as soon thereafter as this matter may be heard, the defendant, TERESA A. WEBSTER, by and through counsel (specially appearing), Frank T. Vecchione, Esq., will move this Court for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

## MOTION

COMES NOW the defendant, TERESA A. WEBSTER, by and through counsel (specially appearing), Frank T. Vecchione, Esq., and hereby MOVES this Court for an Order dismissing the Complaint.  This motion is brought pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, the attached Memorandum of Points and Authorities,

1    the attached Request for Judicial Notice, the Motions to Dismiss and Requests for

2    Judicial Notice filed on behalf of all co-defendants, the files and records in this cause and

3    any and all other matters that may be brought to the attention of this Court prior to ruling

4    on this motion.

5                                  Respectfully submitted,

6

7    Dated: September 8, 2008            s/Frank T. Vecchione

                                            FRANK T. VECCHIONE

8                                 Appearing specially for Defendant

                                            TERESA A. WEBSTER

9                                 Email: ftvlaw@aol.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CV0625

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO, )<br><br>Defendants. ) | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**PROOF OF SERVICE** |

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age.  My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action.  I hereby certify that I have caused to be served: **Defendant Teresa A. Webster's Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support of Motion to Dismiss the Complaint; and Defendant Teresa A. Webster's Request for Judicial Notice in Support of the Motion to Dismiss the Complaint** to the following ECF participants on this case:

**Robert S Brewer , Jr**
rbrewer@mckennalong.com,mmontoya@mckennalong.com

**David A Hahn**
dhahn@hahnadema.com,sfrost@hahnadema.com

**Thomas W McNamara**
tmcnamara@labellamcnamara.com,atrask@labellamcnamara.com

**Frank J Ragen , II**
fjragen@aol.com,lucia_ls18@hotmail.com,lalanya@cox.net

///
///
///

- 3 -

08CV0625

1

**David J Van Havermaat**
vanhavermaatd@sec.gov

2

3    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

4  September 8, 2008.

5    _LALANYA N. HAM_

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CV0625