FRANK J. RAGEN Calif. Bar No. 054378
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Facsimile No. (619) 239-0056
Email: fjragen@aol.com

Specially appearing for Defendant,
**EDWARD P. RYAN**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>     Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**DEFENDANT EDWARD P. RYAN's NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Date: November 7, 2008<br>Time: 1:30 p.m. |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 7, 2008, at 1:30 p.m., and as soon thereafter as this matter may be heard, the defendant, EDWARD P. RYAN, by and through counsel (specially appearing), Frank J. Ragen, Esq., will move this Court for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

### MOTION

COMES NOW the defendant, EDWARD P. RYAN, by and through counsel (specially appearing), Frank J. Ragen, Esq., and hereby MOVES this Court for an Order dismissing the Complaint. This motion is brought pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, the attached Memorandum of Points and Authorities, the

1 | Motions to Dismiss and Request for Judicial Notice filed on behalf of all co-defendants,
2 | the files and records in this cause and any and all other matters that may be brought to the
3 | attention of this Court prior to ruling on this motion.

Respectfully submitted,

Dated: September 8, 2008

  s/Frank J. Ragen
FRANK J. RAGEN
Specially appearing for Defendant
EDWARD P. RYAN
Email: fjragen@aol.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>　　　　Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**PROOF OF SERVICE** |

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served: **Defendant Edward P. Ryan's Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support of His Motion to Dismiss the Complaint** to the following ECF participants on this case:

**Robert S Brewer , Jr**
rbrewer@mckennalong.com,mmontoya@mckennalong.com

**David A Hahn**
dhahn@hahnadema.com,sfrost@hahnadema.com

**Thomas W McNamara**
tmcnamara@labellamcnamara.com,atrask@labellamcnamara.com

**Frank T. Vecchione**
ftvlaw@aol.com,lucia_ls18@hotmail.com,lalanya@cox.net

//
//
//
//
//
//

**David J Van Havermaat**
vanhavermaatd@sec.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2008.

_____
LALANYA N. HAM