FRANK J. RAGEN Calif. Bar No. 054378
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Facsimile No. (619) 239-0056
Email: fjragen@aol.com

Specially Appearing for Defendant,
**EDWARD P. RYAN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**NOTICE OF JOINDER AND JOINDER BY DEFENDANT EDWARD P. RYAN IN MOTIONS FILED BY CO-DEFENDANTS**<br><br>Date: November 7, 2008<br>Time: 1:30 p.m. |

**COMES NOW** defendant, EDWARD P. RYAN, by and through counsel (specially appearing) Frank J. Ragen, Esq., and hereby JOINS, with permission of this Court, in the following motions filed on behalf of co-defendants in this cause:

(1) Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support of Motion to Dismiss the Complaint; and Request for Judicial Notice filed on behalf of Defendant Michael T. Uberuaga (Document 11, filed September 8, 2008);

(2) Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support of Motion to Dismiss the Complaint; and Request for Judicial Notice filed on behalf of Defendant Patricia Frazier (Document 12, filed September 8, 2008);

1    (3)   Notice of Motion and Motion to Dismiss the Complaint; Memorandum of
2            Points and Authorities in Support of Motion to Dismiss the Complaint; and
3            Request for Judicial Notice filed on behalf of Defendant Teresa A. Webster
4            (Document 13, filed September 8, 2008);
5    (4)   Notice of Motion and Motion to Dismiss the Complaint; Memorandum of
6            Points and Authorities in Support of Motion to Dismiss the Complaint; and
7            Notice of Lodgment filed on behalf of Defendant Mary E. Vattimo
8            (Document 8 and 9, filed September 8, 2008).

Defendant RYAN files the instant Joinder in motions pursuant to CivLR 7.1(j), United States District Court, Southern District of California.

Respectfully submitted,

Dated: September 9, 2008          s/Frank J. Ragen
                                    FRANK J. RAGEN
                                    Specially appearing for defendant
                                    EDWARD P. RYAN
                                    Email: fjragen@aol.com

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**PROOF OF SERVICE** |

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served: **Notice of Joinder and Joinder by Defendant Edward P. Ryan in Motions Filed by Co-Defendants** to the following ECF participants on this case:

**Robert S Brewer , Jr**
rbrewer@mckennalong.com,mmontoya@mckennalong.com

**David A Hahn**
dhahn@hahnadema.com,sfrost@hahnadema.com

**Thomas W McNamara**
tmcnamara@labellamcnamara.com,atrask@labellamcnamara.com

**Frank T. Vecchione**
ftvlaw@aol.com,lucia_ls18@hotmail.com,lalanya@cox.net

**David J Van Havermaat**
vanhavermaatd@sec.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2008.

*/s/ Lalanya Ham*
LALANYA N. HAM