1  David A. Hahn, SBN 125784
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California 92101-8474
3  Telephone (619) 235-2100
   Facsimile  (619) 235-2101
4
   Specially Appearing for Defendant
5  MARY E. VATTIMO

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10 | SECURITIES AND EXCHANGE COMMISSION, | ) ) | Case No. 08-CV-0625 DMS (LSP) |
| --- | --- | --- |
|         Plaintiff, | ) ) ) | **NOTICE OF JOINDER BY DEFENDANT MARY E. VATTIMO TO DEFENDANTS MICHAEL T. UBERUAGA'S, EDWARD P. RYAN'S, PATRICIA FRAZIER'S AND TERESA WEBSTER'S MOTIONS TO DISMISS THE COMPLAINT** |
| v. | ) ) ) | |
| MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, AND MARY E. VATTIMO, | ) ) ) ) | |
|         Defendant. | ) ) ) ) ) | Date:  November 7, 2008<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 10<br><br>Judge:  Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Mary E. Vattimo files this Notice of Joinder, and states that she joins in the following motions which were filed on September 8, 2008 in this civil action:

1. Defendant Michael T. Uberuaga's Motion to Dismiss the Complaint (DI 11);
2. Defendant Edward P. Ryan's Motion to Dismiss the Complaint (DI 14);
3. Defendant Patricia Frazier's Motion to Dismiss the Complaint (DI 12); and
4. Defendant Teresa A. Webster's Motion to Dismiss the Complaint (DI 13).

Dated: September 9, 2008          **HAHN & ADEMA**

By:     s/David A. Hahn
        David A. Hahn
        Specially Appearing for Defendant
        MARY E. VATTIMO