**FRANK T. VECCHIONE**
Attorney at Law
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone: (619) 231-3653
Facsimile: (619) 239-0056
Email: ftvlaw@aol.com
CA State Bar: 054730

Specially appearing for Defendant,
**TERESA A. WEBSTER**

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**NOTICE OF JOINDER AND JOINDER BY DEFENDANT TERESA A. WEBSTER IN MOTIONS FILED BY CO-DEFENDANTS**<br><br>Date: November 7, 2008<br>Time: 1:30 p.m. |

**COMES NOW** defendant, TERESA A. WEBSTER, by and through counsel (specially appearing) Frank T. Vecchione, Esq., and hereby JOINS, with permission of this Court, in the following motions filed on behalf of co-defendants in this cause:

(1) Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support of Motion to Dismiss the Complaint; and Request for Judicial Notice filed on behalf of Defendant Michael T. Uberuaga (Document 11, filed September 8, 2008);

(2) Notice of Motion and Motion to Dismiss the Complaint; and Memorandum of Points and Authorities in Support of Motion to Dismiss the Complaint filed on behalf of Defendant Edward P. Ryan (Document 14, filed September 8, 2008);

(3) Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support of Motion to Dismiss the Complaint; and Request for Judicial Notice filed on behalf of Defendant Patricia Frazier (Document 12, filed September 8, 2008);

(4) Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support of Motion to Dismiss the Complaint; and Notice of Lodgment filed on behalf of Defendant Mary E. Vattimo (Document 8 and 9, filed September 8, 2008).

Defendant WEBSTER files the instant Joinder in motions pursuant to CivLR 7.1(j), United States District Court, Southern District of California.

Respectfully submitted,

Dated: September 9, 2008

s/Frank T. Vecchione
FRANK T. VECCHIONE
Specially appearing for Defendant
TERESA A. WEBSTER
Email: ftvlaw@aol.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL T. UBERUAGA, EDWARD P. RYAN, PATRICIA FRAZIER, TERESA A. WEBSTER, and MARY E. VATTIMO,<br><br>Defendants. | CASE NO. 08-CV-0625-DMS (LSP)<br><br>**PROOF OF SERVICE** |

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served: **Notice of Joinder and Joinder by Defendant Teresa A. Webster in Motions Filed by Co-Defendants** to the following ECF participants on this case:

    **Robert S Brewer , Jr**
    rbrewer@mckennalong.com,mmontoya@mckennalong.com

    **David A Hahn**
    dhahn@hahnadema.com,sfrost@hahnadema.com

    **Thomas W McNamara**
    tmcnamara@labellamcnamara.com,atrask@labellamcnamara.com

    **Frank J Ragen , II**
    fjragen@aol.com,lucia_ls18@hotmail.com,lalanya@cox.net

    **David J Van Havermaat**
    vanhavermaatd@sec.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2008.

*/s/ Lalanya Ham*
LALANYA N. HAM